Christina Horne

289 London Pl

Wheeling, IL 60090

1/3/2024

To the Honorable Judge Crocker,

My son James Morgan is a person of impeccable character.  He is non-violent, trustworthy, loyal and an animal lover, has a great work ethic, and is always interested in striving to better himself. He is a wonderful son who is his own person and makes me proud to be his parent.  He is also loving, respectful and kind to friends, family and coworkers.  James is 4 years a recovered alcoholic.  He has experienced tough times in life, but his strength of character is stronger, so he gets through and grows stronger from the experience.  James lived in my home until a few years ago when he moved to Janesville, WI to care for his ailing father until he passed in 2021.

I am willing to take James into my home if he is released before trial.  I do not take this responsibility lightly and I am willing to make sure he complies with all of his conditions of release, whatever they are and to make sure he gets to all of his court dates. I can guarantee that there are no weapons or dangerous chemicals in my home, including alcohol since James is in recovery. I won't let James have unusual chemicals or engage in chemistry while he's residing in my home.  We will comply fully with every single condition Your Honor imposes.

Just to let you know more about myself, I am Christina Horne, James' mother. I live at 289 London Pl Wheeling IL and I have lived here for over 20 years and it's the home my children were raised in. I was in IT for over 20 years until I saved enough money to start my own pet care and dog training business which has been successful over the past few years.  Please give serious thought to releasing James into my custody, I believe it is best for all parties involved. Thank you for your consideration.

Sincerely,

Christina Horne