FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    12/26/2023

JAMES MORGAN, date of birth (DOB) May 9, 1993, telephone number 608-322-5087, was interviewed at his place of employment, McDonald's, address 2922 North Pontiac Drive, Janesville, Wisconsin (WI) by Special Agents Justin Mosiman and Christopher Nichols. After being informed of the identity of the interviewing Agents and the nature of the interview, MORGAN provided the following information:

*[Agent Note: Agents Mosiman and Nichols approached MORGAN and his girlfriend CELENA LEVESQUE, telephone number 262-273-8263, at a booth in McDonalds at approximately 1:30 P.M. Agent's firearms were completely concealed. After introducing themselves, Agents Mosiman and Nichols sat on the opposite side of the booth from MORGAN and LEVESQUE. Agents asked if MORGAN or LEVESQUE had any weapons and requested for them to keep their hands visible. Agents informed MORGAN he was not under arrest but told MORGAN the FBI had a search warrant for his vehicle and trailer that were parked outside McDonald's. Agents provided a copy of the warrant for MORGAN to review. Agents asked MORGAN for the keys to the vehicle and trailer to preserve the locks and integrity of the vehicles. MORGAN provided the keys to Agents and Agents returned the keys to MORGAN and LEVESQUE at the conclusion of the search. Agents told MORGAN he was not allowed to go to the trailer while it was being searched. Because MORGAN was scheduled to work, Agents asked if MORGAN wanted them to notify the manager on his behalf that he was speaking with the FBI and MORGAN approved.]*

**Pyrodex**

When asked if there was anything in the trailer that could hurt Agents conducting the search, MORGAN stated two one-pound containers of Pyrodex (a black powder substitute) were in the trailer. MORGAN went to his storage unit approximately one month ago to get some items he could sell to a pawn shop, like his 3D printer. When he was obtaining those items, he also grabbed a box, while in a rush to leave, and the box happened to have the Pyrodex in it.  The Pyrodex belonged to MORGAN'S father.

*[Agent Note: Agents were informed by the search team there were two safes in*

Investigation on   12/21/2023   at   Janesville, Wisconsin, United States (In Person)

File #  266N-MW-3629238                                    Date drafted   12/22/2023

by   MOSIMAN JUSTIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

*the trailer that were locked. Agents asked MORGAN for the keys to the safes to avoid the need to damage them. Morgan provided the key to one of the safes and told Agents where the key to the other safe could be found inside the trailer. Agents seized MORGAN'S phone during the interview and MORGAN provided the security code to the phone as 8100.]*

After MORGAN provided Agents the key to one of the safes, he stated he now remembered there were homemade grenades made by his father that were in the safe. MORGAN did not know how many grenades were inside the safe. MORGAN told Agents to take the homemade grenades because he did not want them. MORGAN initially advised Agents his father made the grenades. MORGAN was living with his father in an apartment for approximately one year and lived in the residence for approximately one more year after his father died. After MORGAN'S father died of lung cancer, MORGAN did not know what to do with the grenades. Before MORGAN'S father passed away, he told MORGAN they needed to be careful with the grenades because if they got caught with them they would do "federal time."

MORGAN forgot about the grenades until he moved out of his apartment in approximately July of 2023. MORGAN did not know what to do with the grenades when he was moving, so he put them into the safe for the time being and forgot about them. MORGAN would have disposed of the grenades, but he did not know how to get rid of them. MORGAN did not want to turn the grenades into law enforcement because he thought they would arrest him. MORGAN did not want to throw them away in the trash because he knew they were hazardous, and he would have a guilty conscious if he did so. MORGAN also knew that if he did throw the grenades away the trash company and law enforcement would be able to track down whoever disposed of them.

Later in the interview when asked to clarify when the grenades were made, MORGAN stated they were built when he was living with his father and that he helped his father build the grenades in their apartment. MORGAN'S father told MORGAN how to build the grenades and he got the instructions on how to make them right out of the Army manual. Even though his father was the one that knew how to make the grenades, MORGAN'S father would still sometimes forget things like what kind of glue to use. MORGAN described how they made the grenades by placing the tubes on end while the glue dried before filling with powder. When asked why the grenades were created, MORGAN advised they were to protect themselves and their property from BLM (Black Lives Matter) rioters and Antifa. They weren't going to be used to attack anyone, only for protection.

*[Agent Note: During the interview, Agents received information that MORGAN would be charged with possession of a destructive device. Upon receiving*

*this information, Agent Mosiman read MORGAN his advice of rights at 5:37 P.M. MORGAN read aloud the consent portion of the advice of rights and signed. MORGAN did not invoke his right to council or decline to answer any questions. MORGAN was advised he was under arrest at this time and not free to leave, but because he had been cooperating with Agents he would not be placed into handcuffs at this point until it was time to transport him to jail. When informed he would be placed under arrest, MORGAN stated, "that puts a damper on my day."]*

MORGAN told Agents, "I know that these are illegal. I didn't know what to do with them." MORGAN reiterated to Agents he no longer wanted the grenades and repeatedly stated "please, please take them from me." MORGAN also reiterated he was "too chicken to set them off" or turn them over to police.

**Chemicals**

Wisconsin Department of Homeland Security (DHS) previously investigated MORGAN for a sulfuric acid thrower weapon made from a plastic syringe. When asked what the purpose of the weapon was, MORGAN stated he wanted to see if they could be used as a weapon, and that it could fit in a cargo pocket and not be detected by metal detectors. The weapon wasn't going to kill anyone, just "brutalize them." MORGAN purchased the sulfuric acid online at Duda Diesel and eventually disposed of it to clear a drain. MORGAN believed the syringes were somewhere in his storage unit. DHS also found liquid nitro cellulose in a bowl that had not yet been used to make gun cotton powder. The liquid needed to have starch added to make it into a powder.

Agents informed MORGAN the same search warrant was executed earlier in the day on the storage unit and Agents found chemicals and equipment. MORGAN stated he had a homemade flamethrower he made with his father but had never attempted to use it.

When asked what the purpose of the hydrochloric acid was, MORGAN stated he purchased it on Amazon. The hydrochloric acid was versatile for making other chemicals and could be used in case an experiment called for a chemical he did not have. When asked what the aluminum powder found in his storage unit was for, MORGAN stated it could be used to make thermite. When asked what the calcium hypochlorite was for, MORGAN stated it was commonly called pool shock and was a good source of ions for experiments.

When asked what the potassium nitrate was for, MORGAN stated it was an ingredient for making black powder. It was also the catalyst used in the sulfur dioxide grenade. MORGAN described how burning sugar alone only melted the sugar, but potassium nitrate was an accelerant for the reaction to

produce smoke. The sulfur dioxide grenade produced smoke but did not explode and was only an irritant. When asked why he made the sulfur dioxide grenade, MORGAN stated he thought he would have to protect himself from the government. MORGAN now saw the US Government as rank-and-file types, not the type that would throw him in the Gulag like Russia and China.

**Ideology**

MORGAN used to be anarchist but was no longer interested in having a "fuck the government" mindset. Derek Chauvin helped change his views. Chauvin was innocent, and after watching the video, MORGAN saw that Chauvin did not put his weight on George Floyd's neck. Additionally, Floyd was on fentanyl and wrote a forged check and was a criminal. BLM was crazy about criminals and not helping society by burning down their neighborhoods. The Government was only trying to do its job by protecting people in the riots after Floyd's death. All of MORGAN'S experiments were meant for the battlefield, not for use on civilians – even back when he held anarchist views. MORGAN'S experiments were more to create irritants to protect his house from BLM.

MORGAN was no longer interested in this anarchist ideology; he was only focused on making money and starting a family. MORGAN advised Agents they would still find a lot of racist memes on his electronic devices, but he did not actually hate any of those people though he was pro-white. MORGAN felt slaves from Africa were brought to America against their will and felt they still belonged in Africa.

When asked what his target would have been back when he had anarchist views, MORGAN stated, if he *was* going to attack some place, it would have been the Federal Reserve. MORGAN was a conspiracy theorist and still thought there was something going on with the Federal Reserve. The stuff in the storage unit would not have done anything to the Federal Reserve.

**General**

MORGAN worked at McDonald's for approximately one to two months and lived in the trailer after moving out of his apartment in Whitewater. He parked the trailer in the lot across the street while he worked, and often parked the trailer overnight at the Wal-Mart parking lot. MORGAN had a pet dog, Wayco, and two pet rats, Snowball and Soliel (French for sun). His girlfriend, LEVESQUE, was possibly pregnant and he wanted to just be a dad and have a family.

MORGAN'S grandfather came from Germany and his family was big on trades. MORGAN intended to begin an electrician apprenticeship in January or March of 2024 with the International Brotherhood of Electrical Workers (IBEW)

Union.

LEVESQUE'S aunt GINA SWART, address, 24 Dwight Avenue, Seabrook, New Hampshire, was the representative payee of LEVESQUE'S Social Security payments but they have not been able to get any of her payments since LEVESQUE left New Hampshire.

MORGAN wanted to make enough money to pay off his debts. MORGAN maxed out his Capital One credit card to purchase his truck, and MORGAN also owed his mom for the trailer and other things. MORGAN traded his black Ford Ranger for his Dodge Ram because it had a bigger engine to pull the trailer. He sold his car for $250 for parts.

MORGAN moved to Wisconsin to be with his dad and get out of Illinois (IL). His dad passed away in April 2021 from lung cancer. MORGAN wanted to be a chemistry Ph.D., loved the physical sciences, and had a gift for chemistry.

MORGAN was on Ritalin for fourteen years and built up a tolerance. Insurance stopped paying for the required dosage he needed. Due to the Ritalin, he did not develop social skills and had the social skills equivalent to a five-year-old, became narcissistic, and would say outrageous things. When he stopped taking Ritalin, he lost phobias such as to stinging insects.

After quitting Ritalin, MORGAN self-medicated with marijuana and alcohol. He became an alcoholic but got sober almost four years ago and had a three-year coin. His sponsor, Greg, gave him flowers and took him and LEVESQUE to lunch before he passed away.

*[Agent Note: MORGAN and LEVESQUE were provided with food at multiple points throughout the interview. LEVESQUE left the interview on her own accord on multiple occasions to use the bathroom. MORGAN left the interview on one occasion to use the bathroom. After being advised he would be placed under arrest, MORGAN requested to use the bathroom and was permitted to use the bathroom on multiple occasions with a law enforcement escort. Due to the lengthy nature of the interview, at various points throughout the interview other law enforcement officers including SA Bryan Sullivan and TFO Thomas Koch sat down with MORGAN and LEVESQUE, however all of the above information was provided to SAs Nichols and Mosiman.]*

*[Agent Note: At some point during the interview, Agents asked if MORGAN was willing to provide consent for the FBI to take his firearms for safe keeping due to his pending arrest, so the firearms would not remain unsecured in his trailer while he was in custody. MORGAN provided consent for the FBI to take his firearms at this time.]*

*[Agent Note: During the interview Agent Mosiman provided MORGAN with the padlock key to the replacement lock on the storage unit in Whitewater. MORGAN left his wallet and keys with LEVESQUE before being transported.]*

*[Agent Note: At the conclusion of the interview, MORGAN was placed into handcuffs and transported to the Jefferson County Jail. MORGAN'S mother, CHRISTINA HORNE, date of birth (DOB) July 23, 1973, telephone number 630-817-4807, was notified earlier in the interview that her son was going to be arrested. HORNE arrived at McDonald's before MORGAN was transported to jail and was able to speak with MORGAN and agreed to take possession of the pets. LEVESQUE also left with HORNE to stay with HORNE at her place of residence, 289 London Place, Wheeling, Illinois. Prior to leaving LEVESQUE attempted to charge and kick at Agents Nichols and Sullivan.]*