
U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JAN 1 0 2024

FILED/REC'D
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Case No. ___24-cr-6-jdp___ |
| JAMES MORGAN, | 26 U.S.C. § 5861(d) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about December 21, 2023, in the Western District of Wisconsin, the defendant,

**JAMES MORGAN,**

knowingly and unlawfully possessed firearms, specifically destructive devices, not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Section 5861(d)).

.

A TRUE BILL

_____
PRESIDING JUROR
Indictment returned: ___2024-01-10___

_____
TIMOTHY M. O'SHEA
United States Attorney