

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

AO386-B
**DEFENDANT'S EXHIBIT**
CASE NO. 24-cr-6-jdp
EXHIBIT NO. B

Date of entry: 04/25/2023

  CHRISTINA M. HORNE, date of birth (DOB) [Redacted], 1973, was interviewed telephonically at [Redacted] by SA Justin Mosiman. After being advised of the identity of the interviewing Agent and the nature of the interview, HORNE provided the following information:

  Her son, JAMES MORGAN (previously known as Karactus Blome) changed his name because he was annoyed with people commenting on it and pronouncing it incorrectly.

  MORGAN has been sober for three years and was doing much better emotionally since his father, GREGORY RAINES, and step-father, CLIFFORD HORNE [CLIFFORD], passed away. CLIFFORD was a trigger for MORGAN and since his death, MORGAN had less aggressive behavior. MORGAN still held his anti-authority and misogynistic views but did not voice them and no longer had social media accounts.

  MORGAN was attending college for chemistry in Whitewater, Wisconsin. He recently lost his job at Generac and was working in fast food until he could find a better job. Overall, HORNE was very proud of the progress MORGAN had made in the last year and did not have any concerns of his aggression and she felt his rhetoric had dramatically declined.

Investigation on  04/21/2023  at  Milwaukee, Wisconsin, United States (Phone)

File #  2660-MW-3629238   Date drafted  04/24/2023

by  MOSIMAN JUSTIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MORGAN_002613