FD-302 (Rev. 5-8-10)


OFFICIAL RECORD

AO386-B
**DEFENDANT'S EXHIBIT**

CASE NO. 24-cr-6-jdp

EXHIBIT NO. C

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    03/09/2020

(U) ▇▇▇▇ Redacted ▇▇▇▇ ,DOB: ▇▇ Redacted ▇▇ was interviewed telephonically.  After being advised of the identity of the interviewing Agent and the nature of the interview, ▇ Redacted ▇ provided the following information:

(U) TFO Pertzborn contacted ▇ Redacted ▇ regarding information ▇ Redacted ▇ reported to the FBI on an online reporting platform. ▇ Redacted ▇ was cooperative and stated that he has serious concerns about a former, friend, Karactus Blome's mental state.

(U) ▇ Redacted ▇ and Blome attended high school together in Buffalo Grove, Illinois. ▇ Redacted ▇ and Blome were friends in high school but did not remain close after graduating. ▇ Redacted ▇ reports that in high school Blome frequently used drugs and alcohol and was very vocal about his hatred of government, law enforcement and authority of any kind.

(U) After high school, ▇ Redacted ▇ and Blome parted ways but remained loosely connected through Facebook. ▇ Redacted ▇ recalled that over the years Blome would constantly posted anti-government propaganda on his Facebook page.  Most people that knew Blome in high school parted ways with his due to Blome's excessive alcohol use and apparent mental health issues.

(U) In ▇▇ Redacted ▇▇ Blome contacted ▇ Redacted ▇ through Facebook messenger and informed ▇▇▇▇ Redacted ▇▇▇▇
▇▇▇▇ Redacted ▇▇▇▇
Blome informed ▇▇▇▇ Redacted ▇▇▇▇
▇ Redacted ▇ ▇ Redacted ▇ believed that Blome's communication with him was for the sole purpose of stirring up drama. ▇ Redacted ▇ then blocked Blome from contacting him on Facebook. ▇ Redacted ▇ eventually became curious about what Blome was up to and unblocked him.

UNCLASSIFIED//FOUO

Investigation on    02/28/2020    at    Madison, Wisconsin, United States (Phone)

File #    369C-MW-3165827    Date drafted    02/28/2020

by    PERTZBORN JAMES LEO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MORGAN_003369

UNCLASSIFIED//FOUO

369C-MW-3165827

Continuation of FD-302 of  (U//FOUO) Interview of ▮▮Redacted▮▮ , On  02/28/2020 , Page  2 of 2

(U) ▮Redacted▮ explained that after reading through BLOME's Facebook recent Facebook posts he became concerned that BLOME's mental health issues had degraded and that his anti-government and anti-law enforcement sentiments have accelerated. ▮Redacted▮ is specifically concerned that Blome recently posted a picture of himself holding a new rifle that he claims to have just purchased. ▮Redacted▮ also has concerns that Blome's comments indicate that he is preparing for a confrontation with the government or law enforcement.

(U) Through Facebook messenger ▮Redacted▮ asked Blome why he needed a full armor suit. Blome replied that he only has weapons and armor for his protection and that he believes that eventually the population will engage in war with police.

(U) ▮Redacted▮ stated that he will continue to assist law enforcement and report further concerns of Blome. ▮Redacted▮ agreed to send TFO Pertzborn screen shots of the Facebook posts that he referred to.

UNCLASSIFIED//FOUO