FD-302 (Rev. 5-8-10)

-1 of 2-

FEDERAL BUREAU OF INVESTIGATION





Date of entry   11/13/2019

(U) Gregory J. Raines (RAINES), (DOB: [Redacted]/1965), was interviewed at 463 Glen Street, Janesville, Wisconsin. After being advised of the identity of the interviewing Agents and the nature of the interview, RAINES provided the following information:

(U) RAINES resides at 463 Glen Street in Janesville, Wisconsin with his sons, Karactus J. Blome and Michael Raines. Michael Raines' wife and two year old daughter, Violet, also reside at the residence. RAINES is Blome's biological father but did not have a relationship with Blome throughout most of Blome's childhood. RAINES and Blome reconnected in 2018 and have since developed a father/son relationship. Blome previously resided in Wheeling Illinois and moved to Janesville, Wisconsin to live with Raines sometime in August of 2019.

(U) Blome suffers with acute alcoholism and attends daily Alcoholics Anonymous meetings in Janesville. Blome often "slips up" and drinks alcohol. When Blome consumes alcohol he frequently "rants on and on" about the United States Government, specifically about the United States taxation policies. RAINES stated that shortly after Blome moved in with him, he warned Blome that he and other's living at the residence were tiring of Blome's incessant complaints about the government. RAINES warned Blome that he would need to tone his rants down or find a new place to live.

(U) RAINES is aware that Blome often posts anti-government and anti-establishment material on his social media accounts. RAINES noted that the only time Blome goes on his "anti-government bullshit" is when he is drunk. RAINES does not believe that Blome poses an actual threat to anybody. RAINES was aware that Blome posted a video of himself demonstrating how to use a homemade weapon that squirts acid. Once RAINES became aware of the video, he told Blome that it was not a good idea to post videos like that. Blome told RAINES that he was short on money and only posted the video of

Investigation on   11/05/2019   at   Janesville, Wisconsin, United States (In Person)

File #   369C-MW-3165827                                                      Date drafted   11/13/2019

by   PERTZBORN JAMES LEO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

369C-MW-3165827

Continuation of FD-302 of (U) Interview of Gregory Raines , On 11/05/2019 , Page 2 of 2

the acid squirting devise to advertise that he had some to sell.

(U) RAINES told agents that he is aware that Blome is in possession of at least a couple of containers of Hydrochloric Acid. Raines recently expressed his concern of the dangers the containers of acid present for others living in the apartment. Blome assured RAINES that he stores the acid in the appropriate containers and keeps them on a shelf in his own bedroom.

(U) RAINES stated that he would fully cooperate with agents and was amenable to future contact with law enforcement.