FD-302 (Rev. 5-8-10)



**DEFENDANT'S EXHIBIT**
AO386-B
CASE NO. 24-cr-6-jdp
EXHIBIT NO. E

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/09/2023

　　　[Redacted] at Generac, telephone number, [Redacted] mobile telephone number, [Redacted] email address, [Redacted] was interviewed at 757 North Newcomb Street, Whitewater, Wisconsin (WI). After being advised of the identity of the interviewing Agent and the nature of the interview, [Redacted] provided the following information:

　　　[Agent Note: Multiple human resources personnel, security, and supervisors were asked to provide input during the interview.]

　　　Karactus Blome (now known as JAMES MORGAN) started working at Generac in November, 2019 as a temporary employee. In February, 2020, he was converted to a full-time employee. MORGAN was terminated in December, 2022. He was terminated as part of a large scale termination that included MORGAN because he was only a "flex" employee due to attending college.

　　　MORGAN worked back and forth between the engines and paint departments. He was transferred back and forth because he was a difficult employee for supervisors to manage. He was disciplined multiple times for violations including failing to follow safety rules, failing to show up for work, failing to stay at his station during his shift, insubordination, poor attitude, inappropriate behavior and comments with females, and having a gun in his vehicle located on the property. [Redacted] provided the attached records from MORGAN'S employment and investigation notes.

　　　In June 2022, MORGAN was reported to [Redacted] and [Redacted], [Redacted] telephone number [Redacted] for having a gun in his vehicle. [Redacted] interviewed MORGAN about the incident and [Redacted] believed MORGAN to be a doomsday prepper because he was a gun enthusiast and talked about old firearms. MORGAN told [Redacted] he would "never bring it in" to work and only had it in his vehicle. [Redacted] deemed MORGAN "harmless" after interviewing him; MORGAN was very nervous and appeared scared and on the verge of tears during the interview. [Redacted] also reviewed his social media which included YouTube, Instagram (user name: jamesmorgan_1993), and

UNCLASSIFIED//FOUO

Investigation on 05/05/2023 at Whitewater, Wisconsin, United States (In Person)

File # 2660-MW-3629238                                                                  Date drafted 05/08/2023

by MOSIMAN JUSTIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

266O-MW-3629238

Continuation of FD-302 of (U) Interview of Generac Employer , On 05/05/2023 , Page 2 of 2

Facebook.

[Redacted], telephone number, [Redacted] email address [Redacted] was a supervisor of MORGAN [Redacted] [Redacted]. She stated MORGAN was difficult to manage and was very smart. He knew what was right, wrong, appropriate, and inappropriate. An employee reported MORGAN for inappropriate comments but did not disclose the comments. [Redacted] believed the comments were likely inappropriate sexual comments based on other comments and experiences. Some of the other employees where concerned about MORGAN'S mental health and some thought he was possibly schizophrenic.

[Redacted], telephone number [Redacted] worked [Redacted] with MORGAN. [Redacted] stated MORGAN was opinionated on political views and MORGAN was a Republican and Trump supporter. [Redacted] knew MORGAN was attending college for chemistry. [Redacted] had no knowledge of any threats of violence toward other employees, anyone, or anything else. [Redacted] did not associate or talk with MORGAN often. [Redacted], telephone number [Redacted] had more discussions with MORGAN and may have known more about him.

Additional individuals that had enough contact with MORGAN to know him included:

- 
- 
- 
- 
- 

UNCLASSIFIED//FOUO

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   06/07/2023

[Redacted] date of birth (DOB) [Redacted], was interviewed telephonically at [Redacted] by SA Justin Mosiman. After being advised of the identity of the interviewing Agent and the nature of the interview, [Redacted] provided the following information:

[Redacted] worked at Generac in Whitewater since 10/1/2021. During that time, she worked approximately eight months on the same shift as Karactus Blome (aka JAMES MORGAN) [Redacted].

MORGAN would talk to himself when he wasn't actively busy on the line. [Redacted] thought MORGAN would be the "first one to go postal" at work and reported him to management. She felt anxious about his mental health and demeanor which lasted the entire time she knew him. Sometimes he would get in moods of anger and introversion. She did not know what the trigger was for his moods because he would come to work already in those moods. During one of the instances of that mood he would slam the engines together on the assembly line.

MORGAN moved to Whitewater, Wisconsin (WI) from Janesville, WI to attend school. He took classes online and was majoring in chemistry. MORGAN never discussed making weapons with [Redacted]. She overheard him casually discussing having guns with other employees. One instance he stated, "I'm so excited my guns came today in the mail."

[Redacted] overheard MORGAN talk about government but she didn't know any details of the conversations. He never made any threats or had anger toward anyone and never said anything violent.

Investigation on  06/02/2023  at  Milwaukee, Wisconsin, United States (Phone)

File #  2660-MW-3629238                                        Date drafted  06/06/2023

by  MOSIMAN JUSTIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.