| | |
|---|---|
| From: | DCI - Wisconsin Statewide Intelligence Center &lt;wsic@DOJ.STATE.WI.US&gt; |
| Sent: | Monday, September 2, 2019 8:26 PM |
| To: | *DOJ - DCI WSIC Wilenet SAR &lt;WSICWilenetSAR@doj.state.wi.us&gt; |
| Subject: | FW: Intelligence or Suspicious Activity Report |
| Attach: | Background.docx |



AO386-B
DEFENDANT'S EXHIBIT
CASE NO. 24-cr-6-jdp
EXHIBIT NO. F

From: DOJ - Wilenet
Sent: Monday, September 2, 2019 8:26:17 PM (UTC-06:00) Central Time (US & Canada)
To: DCI - Wisconsin Statewide Intelligence Center
Subject: Intelligence or Suspicious Activity Report

The following agency assist form was submitted by WILENET user FUHRMANNBL

*************************************************************************

Date: 09/02/2019
Agency Name: Janesville Police Department
Incident or Case #:
County: Rock

Full Name: Ben Fuhrmann
Title: Officer
Phone: (608) 755-3209
Fax:
Cell: (608) 314-7015
Email Address: fuhrmannb@ci.janesville.wi.us

Suspicious Surveillance Activity (Public Bldg, Military Installations, etc): NO

Suspicious Activity relating to Transportation (Airports, Rail & Trucking): NO

Lost or Stolen Documents, Uniforms, ID's: NO

Suspicious Acquisition: NO

Criminal Intelligence (Gang/Drug): NO

Foreign Intelligence: NO

Vehicle/Equipment/Material: NO

Suspected Terrorist/Anti-Gov Activity: YES

Expressed or Implied Threat (letter, email, phone etc): NO

Other: NO

Address Of Activity: 461 Glen Street

Brief Summary: We received a tip about Karactus Blome. He is posting anti-government videos. He also is experimenting with various chemicals. He created a "acid thrower", which squirts Sulfuric Acid as a self defense weapon. At this time, there are no criminal violations and is intelligence only. See attached report.

**Name:** Karactus J Blome M/W 05/09/1993



**Address:** 461 Glen Street. Janesville, WI as of about 8/18/19

**Former Address:** 289 London Place, Wheeling, IL 60090

**Vehicle:**

Illinois Plate BN91065

1996 White Honda 4 Door. Vin: 1HGCD5636TA063426

**Employment:** Jimmy John's on W. Court Street in Janesville, WI as of 8/20/19

**Background:**

On 10/02/19 at 9:22am, a P3 tip (749-M5191) came in regarding Karactus James Blome with the following:

"James Blome, apparently a delivery driver at Jimmy John's in Janesville. He makes unhinged threats of violence online, shows videos of himself making weapons (including chemical weapons), and spews off

MORGAN_002318

conspiracy theories. He is unwell and in possession of many weapons. He goes by any combination of Karactus James Blome on Facebook, his "company" page on which he constructs chemical weapons is Blome Waffenkreationen – BWk. All are searchable and a lot of content is public. "

**Social Media Information:** Below are links to Blome's social media pages. There are also some examples of videos and summaries of content.

Facebook:

https://www.facebook.com/krazy.karac

Karactus James Blome (Krazy K) – This is his main Facebook page. He posts nearly everything that is posted on his various other platforms.

-Personal Page – "Intro: INTP. Violinist, rapper, individualist anarchist, nonprofessional scientist, author, and logician"

-Followed by 308 People

-Joined Facebook 2010

-Active Daily

Video Posted– "Making guncotton"

- Heating up a beaker of liquid on a stove, pulls off stove and adds white powders (Saltpetre) and sulfuric acid liquid. Makes Nitric Acid.

Video Posted – "My new humble abode"

- Various Chemicals and Glassware on Dresser
- Military Helmets, Jackets, German Uniform Coat,
- Chemical Paperwork taped to wall

https://www.facebook.com/KaractusJamesBlome/

This is a business page. It is labeled as a "Musician" page. This page has several videos/posts of him playing the violin and rapping.

https://www.facebook.com/Blome.Waffenkreationen/

Blome Waffenkreationen-BWk – "Science, Technology & Engineering" Page. This is a "Business" page. It is the main page for posting his science experiments and homemade devices.

-132 Likes, 132 Follows

-Oldest Post August 7th, 2019

Video – "Sulfur X-Oxide Grenade (Green Cross)"

    -Fuse on Pop Can – Fully Engulfs in Flames (not explosive)

Video – Sulfuric Acid Thrower Device "XW-M2 Saurewerfer" For Sale $10 minus acid.

    -Tests on Pavement and T-Shirt using 98% Industrial Grade Sulfuric Acid

    -It appears to be a plunger taped into a 2 Liter bottle top that squirts a packet of acid



Video – "Sulfur Dioxide/Sulfur Trioxide Smoke Powder"

    -Ingredients – Potassium nitrate, sucrose, and elemental sulfur powder

    - Lights mixture with lighter – makes white smoke from fire

YouTube:

https://www.youtube.com/channel/UC62TCz6JDjwzqnY6Jq18EKg/featured?disable_polymer=1

Created Mar 2, 2014. 47 Subscribers, 3,951 views.

## Criminal Background:

Blome shows one prior arrest in Illinois for Aggravated Assault with a Deadly Weapon with no conviction in 01/23/16. I spoke with an investigator in Illinois who is working on getting recent reports involving Blome. It sounds like Blome attempt to stab his father with a knife in that incident.

## Disposition:

I reviewed posts on Social Media. Blome has an extremely Anti-Government viewpoint. He claims to be an Anarchist and has numerous Anarchy symbols. Most of his posts are Anti-Government/Anti-Police. His motto is "Taxation is Theft". He believes in various Conspiracy Theories related to the Government (ie 9/11 was a hoax). He is pro 2nd Amendment.

He also has several posts indicating he is not pleased with CPS. He focuses on Pedophilia. He is against Pedophilia however never posts any specific details about an event that may have happened to him in the past.

Although Blome has strong political views, he does not make specific threats. In general, most of his posts are non-violent in nature. He frequently re-posts Memes created by others.

He also posts about the country of Germany but does not appear to have any White Supremacist views. He has German Military Clothing and some old helmets. He is wearing an armor plate carrier in one photo. I have not seen firearms. He has some knives that appear to be collectible old military knives.

Blome posts some videos related to chemical experiments. He appears to perform several experiments with Sulfuric Acid. A lot of the videos are of him burning various chemicals in the woods.

He is selling what he describes as a homemade self-defense weapon, the "XW-M2 Saurewerfer". He sells the device for $10 (minus the Sulfuric Acid). The device is basically a syringe (no sharp) that is duct taped to a cutoff 2 Liter Bottle top. He draws Sulfuric Acid into the syringe then demonstrates that you can spray the Acid out causing Acid burns. He does a demonstration in one video on pavement and on a T-Shirt. The device squirts small amounts of Sulfuric Acid about 5-10 feet. He makes no threats with this weapon.

I have not seen any posts with an actual Flame thrower. He posts videos of himself spraying Axe Body Spray on a lighter causing a bigger flame.

He also posts several videos of him playing the violin and rapping.

Overall, Blome has strong political views but does not make any threats and the majority of his posts are non-violent in nature. He posts daily and is very vocal about the 2nd amendment but has not posted pictures of any firearms. He has access to knives and some old military memorabilia. His "chemical weapons" are simplistic and can be obtained at various locations open to the public. He does not have an actual flamethrower. He burns various materials but is not constructing explosives.

At this point, based on his extreme views against the Government and Police, no home visit was conducted. Additionally, I did not observe any criminal laws violated at this time. This information is being forwarded to the Fusion Center.


Officer Ben Fuhrmann

Janesville Street Crimes Unit

9/2/19

MORGAN_002322