| | |
|---|---|
| From: | Wisconsin Crime Alert Network <noreply@everbridge.net> |
| Sent: | Tuesday, March 10, 2020 3:15 PM |
| To: | DCI - Wisconsin Statewide Intelligence Center <wsic@DOJ.STATE.WI.US> |
| Subject: | Janesville PD-New WCAN Alert-Officer Safety |
| Attach: | Facebook+video_krazy.karac_03032020.PNG; Facebook+video_krazy.karac_02162020.PNG |



## Janesville PD

### Wisconsin Crime Alert Network

Wisconsin Department of Justice

**DO NOT DISTRIBUTE WITHOUT CONSENT FROM THE ORIGINATING AGENCY UNLESS MARKED "PUBLIC DISSEMINATION"**

### New Alert

**SENSITIVITY LEVEL: *LAW ENFORCEMENT SENSITIVE***

*Incident Information*

**TYPE OF INCIDENT: Officer Safety**

DATE/TIME OF INCIDENT: 03/10/2020

LOCATION OF INCIDENT: Janesville Area

**DETAILS OF INCIDENT**:

Officer Safety Update

Janesville Police Department has obtained updated information regarding suspected anti-government/anti-authority extremist Karactus Blome:

Janesville resident, Karactus James BLOME, DOB: 05/09/1993, may use weapons in his possession to injure or assault law enforcement or other responding personnel if he feels threatened. As of early 2020, Blome continues to manufacture sulfuric acid throwers, to possess home-made sulfur-oxide "grenades," and now possesses multiple firearms, according to an identified social media account associated with Blome. Blome, a self-described individualist anarchist, indicated that he carries a loaded weapon to respond against any perceived threats to him. At this time we do not assess that Blome presents an imminent, specific threat, but we are concerned about an increased risk of injury, mishap, or unintended escalation in a potential encounter between Blome and law enforcement or other first responders.

Subject information: Karactus James BLOME, DOB: 05/09/1993; 463 Glen St, Janesville, WI 53545-2425 as of 02/06/2020. See attached photos.

*Suspect Information*

| |
|---|
| LAST NAME: Blome \| FIRST NAME: Karactus \|MIDDLE NAME: J |
| DATE OF BIRTH: 05-09-1993 \| AGE:  \| ALIAS/NICKNAME: |
| SEX: Male \| RACE: White |
| HEIGHT: \| WEIGHT: \| EYE COLOR:  \| HAIR COLOR: |
| SPECIAL IDENTIFIERS: |
| PHOTO(S) ATTACHED: Yes |
| *Agency Contact Information* |
| AGENCY NAME: Janesville PD |
| OFFICER ISSUING ALERT: Det Chris Buescher |
| TELEPHONE NUMBER: 608-755-3147 |
| EMAIL: buescherc@ci.janesville.wi.us |

Recipient Groups: No Public Groups
Broadcast Area: Dane County (SCAR), Green County (SCAR), Jefferson County (SCAR), Rock County (SCAR), Walworth County (SEAR)
Date Stamp: 03-10-2020 | 15:05:31

If you have any information pertaining to this alert, contact the issuing law enforcement agency shown above.

For emergencies call 911.

Do not reply directly to this email as this mailbox is not monitored.

The Wisconsin Crime Alert Network is managed by the Wisconsin Department of Justice, Division of Criminal Investigation.

www.wisconsincrimealert.gov

MORGAN_002329