UNCLASSIFIED//LES



**DEFENDANT'S EXHIBIT**

AO395-B

CASE NO.  24-cr-6-jdp

EXHIBIT NO.  H

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Generated: 12/11/2019 9:59 AM EST

## Incident Summary

581566_MW(U) Homemade Weapons and Potential Sales from Self-Described Anarchist



| Karactus J Blome | 581566_MW |
|---|---|
| HQ-WMDD-224-I-19 | Status: Closed (on 12/11/2019) |
| (U//FOUO) Toxic Industrial Chemicals/ | This Assessment does not warrant |
| Explosive Precursor Chemicals and/or | further investigation at this time |
| Materials | |

(U) Karactus J Blome
Subject Type:  Main
Attachments:  (U//FOUO)
DL
Picture (50.3 KB)

### Program Measures

| 5 Day Draft Measure | 5 Day Action Measure | 180 Day Measure |
|---|---|---|
| 1 | 1 | 92 |

**Mitigation**

| ☐ | ☐ | ☐ |
|---|---|---|

### Weapons of Mass Destruction

**Status: Closed**
**Type 1/Type 2**

| | |
|---|---|
| Threat to Life: | No |
| Modality: | Chemical Matters |
| Report Type: | Suspicious Activity |
| Activity Type: | Manufacture/Research |
| Program Management: | WMD-IOS/WMD-ORU |
| Observed: | 09/02/2019 |
| Receipt Method: | Other |
| Reported By: | Officer Fuhrmann |
| eGuardian ID: | WIFCUWSIC-2019-00036 |
| Field Office: | MILWAUKEE |
| Assigned Squad: | MW-CT-1 |
| Approver(s): | MW-CT-1 Supervisors |
| Report Creator: | eG eGuardian |
| Report Owner: | JAMES PERTZBORN JR |
| Authorized Purpose: | To determine whether subject Blome's documented experimentation with hazardous chemicals presents a threat to public safety or national security. |
| Sentinel Case: | 389C-MW-3165827 |

### Baseline Collection
**Database/Resource Queries**

| Date Last Checked | Database |
|---|---|
| 09/11/2019 | BaseJumper |
| 09/11/2019 | BusinessFilings |
| 09/11/2019 | CHS Check (CFU) |
| 09/11/2019 | Clearwater |

### Baseline Collection Plan
**Authorized Methods Utilized**

| Date Last Checked | Technique Utilized |
|---|---|
| 11/29/2019 | Accept voluntarily provided information by governmental or private entities. |
| 09/11/2019 | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
| 10/29/2019 | Administrative note for informational purposes. |

MORGAN_003354



| 09/11/2019 | DIVS | | 12/02/2019 | Obtain publicly available information. |
| 09/11/2019 | DMV | | | Baseline Compliant ☐ |
| 09/11/2019 | DWS | | | |
| 09/11/2019 | DaLas | | | |
| 09/11/2019 | Guardian | | | |
| 09/11/2019 | NCIC | | | |
| 09/11/2019 | NetTalon | | | |
| 09/11/2019 | Other | | | |
| 09/11/2019 | Photographic Web Sites | | | |
| 09/11/2019 | Public Search Engines | | | |
| 09/11/2019 | Sentinel | | | |
| 12/02/2019 | Social Media | | | |
| 09/11/2019 | TIDE | | | |
| 09/11/2019 | Telephone Applications | | | |
| 09/11/2019 | Web Crawlers | | | |
| Baseline Compliant ☐ | | | | |

(U) Karactus Blome is posting anti-government videos. He also is experimenting with various chemicals. He created a "acid thrower", which squirts Sulfuric Acid as a self defense weapon. According to his FB profile, it appears he may be attempting to sell these acid throwers for $10.

Sharing this information as he appears to be extremely interested in experimenting and creating various chemical weapons.

## Subjects

### (U) Karactus J Blome
Subject Type:     Main
Attachments:     (U//FOUO) DL Picture (50.3 KB)

## Locations

### (U) Janesville Wisconsin United States
Other
Janesville, Wisconsin
United States
NaNNaN

## Attachments

## Notes

### (U) Incident additional information
Description:     Submitting Organization Details
ORI: WIFCUWSIC
Name: WI Statewide Information Center (WSIC)
Phone: 608-242-5393
Email: deremercf@doj.state.wi.us
Phone 3: WIDCI0000
Agency Name 1: State
Agency Name 2: Christopher DeRemer
Street Number: 2445
Street Name: Darwin Rd
City: Madison
State: WI
Country: US
Zip Code: 53707
Field Office: MW

MORGAN_003355

Incident Author Information
ORI: WIFCUWSIC
Email: peersm@doj.state.wi.us
Phone: 6082403597
Last Name: Peer
First Name: Steven

Created Timestamp: 2019-09-03T13:07:34.447
Modified Timestamp: 2019-09-03T14:32:00.615

Status:   Approved

History:
09/03/2019 02:36:21 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U) Incident Behaviors from eGuardian

Description:  Acquisition and/or storage of unusual quantities of materials such as cell phones, pagers, fuel, chemicals, toxic materials, and timers, such that a reasonable person would suspect possible criminal activity.
Status:   Approved

History:
09/03/2019 02:36:21 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U) Selected Field Office for Routing

Description:  Selected Field Office: MILWAUKEE
Status:   Approved

History:
09/03/2019 02:36:21 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U) Pre-assessment database queries assigned.

Authorized Method:  Administrative note for informational purposes.
Description:  On 09/03/2019, pre-assessment database queries were assigned to SOS Cornelius.
Status:   Completed

History:
09/03/2019 03:44:33 PM Created Note: Pre-assessment database queries CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) assigned.

## (U) EGUARDIAN Imported Additional Information

Description:  Created by Brett Van Ess from WI Statewide Information Center (WSIC) on Mon Sep 09 09:35:47 EDT 2019 -
BLOME knife incident from Wheeling PD
Status:   Approved
Attachments:   (U) BLOME knife incident from Wheeling PD (1333.0 KB)

History:
09/09/2019 09:42:30 AM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U//LES) Pre-Assessment Checks for Karactus James Blome

Authorized Method:  Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.
Databases checked:  BaseJumper, BusinessFilings, CHS Check (CFU), Clearwater, DaLas, DIVS, DMV, DWS, Guardian, NCIC, NetTalon, Other, Photographic Web Sites, Public Search Engines, Social Media, Telephone Applications, TIDE, Web Crawlers, Sentinel
Description:  (U//FOUO) SOS Cornelius conducted pre-assessment checks on Karactus James Blome. The results are documented below and in the attachments.

(U//FOUO) Name: Karactus James Blome (Guardian, 581566_MW)
(U//FOUO) DOB: 05/09/1993 (Guardian, 581566_MW)
(U//FOUO) SSN: 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 (Accurint, 6 September 2019)
(U//FOUO) DL Number: B45051093133 (US, IL) (Guardian, 581566_MW)
(U//FOUO) FBI Number: 726XC006R (Guardian, 581566_MW)
(U//FOUO) State ID: IL30312581 (Guardian, 581566_MW)
(U//FOUO) Address 1: 461 Glen St., Janesville, WI 53545 (Guardian, 581566_MW)

MORGAN_003356

(U//FOUO) Address 2: 289 London Pl., Wheeling, IL 60090-2630 (Jun 2016 – Aug 2019)
(Accurint, 6 September 2019)
(U//FOUO) Address 3: 1517 N Oak St., Palatine, IL 60067-2729 (Feb 1995 – Sep 2019)
(Accurint, 6 September 2019)
(U//FOUO) Vehicle: 1996 White Honda 4 Door, VIN 1HGCD5636TA063426, IL plate
BN91065 (Guardian, 581566_MW)
(U//FOUO) Email Addresses: hounddowg1@gmail.com (Accurint, 6 September 2019);
comrade.blome@yahoo.com (Open Source, 6 September 2019)
(U//FOUO) Phone Numbers: 16302121286; 18475335856 (Accurint, 6 September 2019);
18473584807 (Open Source, 6 September 2019)

(U//FOUO) Accurint –
> (U//FOUO) Phone number 16302121286 was associated with Blome at address 289
London Pl., Wheeling, IL 60090-2630.

> (U//FOUO) Phone numbers 18475335856 and 18473584807 were associated with
Karactus Blome and Brian Blome at address 1517 N Oak St., Hoffman Est, IL 60067-2729.

> (U//FOUO) Email address hounddowg1@gmail.com was associated with Karac Blome/
Karactus Bloom at address 289 London Pl., Wheeling, IL 60090-2630.

> (U//FOUO) Email address fblome@yahoo.com was associated with Karactus Blome at
address 1517 N Oak St., Hoffman Est, IL 60067-2729.

(U//FOUO) Driver License Information –
> (U//FOUO) DL Number: B450-5109-3133 (US, IL)
>> (U//FOUO) Issued: 05/10/2019
>> (U//FOUO) Expires: 05/09/2023

(U//FOUO) Criminal History/NCIC – See attachment
> (U//FOUO) FBI Number: 726XC006R
> (U//FOUO) State ID: IL30312581

(U//FOUO) OnDec – Checked 10 September 2019.

(U//FOUO) CFR – Checked 10 September 2019.

(U//FOUO) DIVS –
> (U//FOUO) Experian Record ID 488476917 - Phone number 18473584807 was associated
with Patricia M Calabrese at address 1517 N Oak St., Hoffman Est, IL 60067-2729.

(U) Open Source -
> (U) Facebook Page: display name Karactus James Blome; username
KaractusJamesBlome; UID 1805308519516523; URL https://www.facebook.com/
karactusJamesBlome; 104 people like; 105 people follow; hometown Elk Grove Village, IL;
link to YouTube channel and SoundCloud accounts listed below; messenger account m.me/
KaractusJamesBlome

> (U) Facebook Page: display name Blome Waffenkreationen – BWk; username
Blome.Waffenkreationen; UID 103661114323862; URL https://www.facebook.com/
Blome.Waffenkreationen; 138 people like; 138 people follow
>> (U) Video: Sulfur dioxide/Sulfur trioxide Smoke Power; posted 08/09/2019; URL https://
www.facebook.com/Blome.Waffenkreationen/videos/3091689434181816/

> (U) SoundCloud: display name Krazy K Karactus Blome; username karactus-james-blome;
URL https://soundcloud.com/karactus-james-blome; 9 followers; 0 following; 8 tracks

> (U) YouTube: display name Karactus Blome; URL https://www.youtube.com/channel/
UC62TCz6JDjwzqnY6Jq18EKg; joined 03/02/2014; 3,971 views; 47 subscribers
>> (U) Video 1: BWk- XW-M2 Säurewerfer; published 08/31/2019; "This is my acid thrower
gun. The song is In Your Face by Children of Bodom. I don't own the rights to it, but the
music is not the point of the video."; URL https://www.youtube.com/watch?v=Gyw3dAnSyeg

>> (U) Video 2: Sulfur X-Oxide Grenade Prototype Test; published 08/30/2019; "Testing
a sulfur dioxide/sulfur trioxide gas grenade."; URL https://www.youtube.com/watch?
v=MGRNEsUvIyg

MORGAN_003357

> (U) Twitter: display name Karactus Blome; username AlynaarDysnomia; UID 870262621110403072; URL https://twitter.com/alynaardysnomia; 65 tweets; 56 following; 6 followers; 50 likes; location Wheeling, IL; joined June 2017; Born May 9; last public tweet was 03/06/2018

> (U) Twitter: display name Karactus.Blome; username karactus; UID 797255653; URL https://twitter.com/karactus; 3 tweets; 15 following; 3 followers; location Wheeling, IL; joined 09/2012; description "Hey there. Only two things to say about me: 1. I'm Karac, nice to meet you. 2. Umm, there is no second thing actually. Sorry to disappoint you."

> (U) [Possible] LinkedIn: display name Karactus Blome; username karactus-blome-b0984a56; URL https://www.linkedin.com/in/karactus-blome-b0984a56; location Wheeling, IL

> (U//LES) [Possible] LinkedIn: display name Karactus Blome; username karactus-blome-a89224aa; URL https://www.linked.com/in/karactus-blome-a89224aa; Cashier Jimmy John's

> (U//LES) [Possible] YouTube Channel: display name Hounddowg1; username Hounddowg1; URL https://www.youtube.com/user/Hounddowg1/featured; 45 subscribers; joined 07/03/2008; 18,320 views

> (U//LES) [Possible] Facebook: display name Karactus Blome; UID 100001379619317

> (U//LES) [Possible] Facebook: display name Karactus Blome; UID 100002225551175

> (U//FOUO) Blome possibly authored two books that can be found on Amazon.com titled: "The Proletarianist Manifesto: 3rd English Edition" and "A Day For the Workers."

(U//FOUO) Databases checked that yielded negative or already known information include:
> (U//FOUO) Palantir Mint
> (U//FOUO) Sentinel
> (U//FOUO) Business Filings - Wisconsin Department of Financial Institutions
> (U//FOUO) Federal Firearm and Explosive Denials as of 6 September 2019
> (U//FOUO) Guardian
> (U//FOUO) Clearwater
> (U//FOUO) BaseJumper
> (U//FOUO) DaLAS
> (U//FOUO) TIDE
> (U//FOUO) DWS

Status:        Completed
Attachments:   (U//LES) Attachments for Karactus Blome - criminal history; Accurint report; Clear report; and social media screenshots and videos. (49802.7 KB)

History:
09/11/2019 08:49:22 AM  Created Note: Pre-Assessment checks for        KYLE CORNELIUS ( MILWAUKEE /MW-
                        Karactus James Blome                            CT-1 )

## (U//LES) Open Source Checks Karactus James Blome

Authorized      Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.
Method:
Databases       Clearwater, DIVS, DWS, Guardian, NetTalon, Other, Public Search Engines, Social Media,
checked:        Web Crawlers, Sentinel
Description:

                (U//FOUO) Open Source Caveat: The information contained herein has been determined
                by the FBI to be pertinent to and within the scope of an authorized law enforcement activity
                and should be considered in the context of the assessment or predicated investigation to
                which the information relates. Particular attention should be given to the authorized purpose
                for collecting and recording this information pursuant to the Attorney General's Guidelines
                for Domestic FBI Operations and the Domestic Investigations and Operations Guide. That
                purpose may be set forth in the file's opening electronic communication or other related
                documents."

                (U//FOUO) SOS Cornelius conducted additional social media research for the subject of the
                Guardian Karactus James Blome (Blome). The results of those searches are documented
                below and in the attachments.

                (U) Facebook: display name Karactus James Blome (Krazy K); username krazy.karac; UID
                100001379619317; URL https://www.facebook.com/krazy.karac; Delivery Driver at Jimmy

MORGAN_003358

John's; Owner and Founder at Blome Waffenkreationen – BWk; Musician at Karactus James Blome (UID 1805308519516523); Studied Unix Administration at ITU; Studied Chemistry at William Rainey Harper College; Went to Buffalo Grove High School; From Elk Grove Village, IL; Joined 07/2010; followed by 318 people; Intro "INTP. Violinist, rapper, individualist anarchist, nonprofessional scientist, author, and logician."; Nicknames Krazy K an Karac; last public post was 09/10/2019

> (U) Post on 09/02/2019 – "Now that I just moved to a red state from a blue state, I must say I'm happier here. The government steals less of my money, things in general cost less, and my right to bear arms is being respected." – In the comments, Facebook user Brandon Branthaver asks where Blome moved to, and Blome responds "WI."

> (U) Post on 08/18/2019, "My new humble abode [emjoi].", URL https://www.facebook.com/krazy.karac/videos/2336596323062999/ – The video was of Blome's new residence in Janesville, WI. Amongst other things, the room contained chemicals sitting on a table, periodic tables on the wall, and a military-like uniform in the closet.

> (U) Post on 07/01/2019, "My new self defense weapon of choice! XD", URL https://www.facebook.com/krazy.karac/videos/2255261721196460/ – The video was of Blome using a lighter and AXE body spray to create a flamethrower.

(U) Facebook: display name Karactus Blome; UID 100009428315813; Owner and Founder at Blome Waffenkreationen – BWk; Musician Self-Employed; Self-Employed at Agorism; Former Mover at Happ Movers; Went to Buffalo Grove High School; From Elk Grove Village, IL; Single; Manages Occupy Dummycrats (UID 455884747940607) and A New Geocentric Model (UID 1304543586357684); last public post was 08/25/2019; Lists brother as James Sabastian Raines (UID 1544928084); Other name Alynaar the Shattered

> (U) Photo on 09/04/2016 – Photo contains rubber gloves, gas mask, and military style clothing.

> (U) Photo on 09/04/2019 – Photo contains a book titled "Hazardous Materials for First Responders" fourth edition.

> (U) Photo on 06/24/2016, "Looking for someone to join me in having fun with my new toy." – Photo contains a crossbow.

> (U) Photo on 01/08/2016, "She's a beauty, isn't she? This here is my weapon of choice. Guns are cool and all, but nothing says "Don't fuck with me" like cold, hard steel." – Photo contains a hand holding a blade labeled "U.S. 1918."

(U) [Possible] Facebook Page: display name Occupy Dummycrats; username occupy.dummycrats; UID 455884747970607; URL https://www.facebook.com/occupy.dummycrats; 1,123 people like; 1,162 people follow; messenger info m.me/occupy.dummycrats; Team Members Karactus Blome (UID 100009428315813); last public post 09/10/2019

(U) [Possible] Facebook Page: display name A New Geocentric Model; username a.new.geocentric.model; UID 1304543586357684; URL https://www.facebook.com/a.new.geocentric.model; 118 people like; 123 people follow; last public post was 03/21/2019; messenger m.me/a.new.geocentric.model; provided link to Google Drive; Team Members Karactus Blome (UID 100009428315813); Groups by this page A New Geocentric Model Discussions (UID 1864709347172733)

(U) [Possible] Facebook Page: display name A New Geocentric Model Discussions; UID 1864709347172733; description "This group is for discussions about the theory."; 34 members; created on 01/01/2018; as of 11 September 2019, 0 posts in the last 30 days; closed group

(U) [Possible] Facebook: display name Karactus Blome; UID 100002225551175 – Account deactivated or deleted.

(U//LES) Phone number 18475335856 was connected to a Venmo account.

(U//FOUO) Email address comrade.blome@yahoo.com was connected to the following accounts:

MORGAN_003359

> (U//LES) Twitter: display name karactus.blome; username karactus; UID 797255653 – account previously reported.

> (U//LES) (U) LinkedIn: display name Karactus Blome; username karactus-blome-b0984a56; URL https://www.linkedin.com/in/karactus-blome-b0984a56; location Wheeling, IL; Student at Harper College; location wheeling, IL – See attachments for additional profile information.

(U//FOUO) Email address hounddowg1@gmail.com was connected to the following accounts:

> (U//LES) Google: UID 100265481739709623566

> (U//LES) Twitter: display name Karactus Blome; username AlynaarDysnomia; UID 870262621110403072 – account previously reported.

> (U//LES) SoundCloud

(U//LES) Email address clustergeek64@gmail.com was connected to the following accounts:

> (U//LES) Twitter: display name Karactus Blome; username clustergeek64; UID 2937814672; URL https://twitter.com/clustergeek64; 24 following; 0 followers; joined 12/2014

> (U//LES) Google: UID 112378469061545462001

> (U//LES) Skype: display name Karactus Blome; username karactus.blome; DOB 5/9; location Wheeling, IL, US

> (U//LES) LinkedIn: display name Karactus Blome; username karactus-blome-a89224aa; URL https://www.linked.com/in/karactus-blome-a89224aa; Cashier Jimmy John's; location Wheeling, IL; 5 connections; About has Blome's resume that contains email address clustergeek64@gmail.com – See attachments for additional profile information. LinkedIn: display name Karactus Blome; Cashier at Jimmy John's

(U//FOUO) OnDec – Checked 11 September 2019.

(U//FOUO) Databases checked that yielded negative or already known information include:
> (U//FOUO) DIVS
> (U//FOUO) Palantir Mint
> (U//FOUO) DWS
> (U//FOUO) Guardian
> (U//FOUO) Sentinel
> (U//FOUO) GMAN

Status:      Approved
Attachments:   (U//LES) Attachments for Karactus Blome. (49802.7 KB)

History:

| | | |
|---|---|---|
| 09/11/2019 04:37:01 PM | Created Note: Open Source Checks Karactus James Blome | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 04:55:56 PM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 05:00:30 PM | Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Wheeling Police Incident 16-02230

Authorized Method:   Accept voluntarily provided information by governmental or private entities.

Description:   On September 11, 2019, TFO Pertzborn obtained a complete copy of all records retained by the Wheeling Police Department concerning the January 23, 2016 arrest of Karactus J. Blome for Aggrevated Assault / Wheeling PD Case # 16-022330

The records include the following:

Incident Report
Arrest Card
Fingerprint card
Arrest Affidavit (Signed)
Miranda Advice of Rights form
Domestic Violence Supplemental Report

MORGAN_003360

Social Services Report Form
Property Control Report
Digital Images of knives seized
Cook County Livescan
Copy of Karactus J Blome Illinois FOID card
Detainee Checklist
Detainee Holding Record
Subpoena Issued to Blome for court hearing
Blome's Criminal History

Status: Approved

Attachments: (U//FOUO) Records obtained from Wheeling Police Department  (9008.7 KB)

History:

| | | |
|---|---|---|
| 09/19/2019 11:54:34 AM | Created Note: Wheeling Police Incident 16-02230 | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 09/19/2019 12:04:23 PM | Submit note for approval | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 09/19/2019 01:38:58 PM | Approve note | TORI GASKILL ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Refreshed Open Source Checks

Authorized Method: Obtain publicly available information.

Databases checked: Social Media

Description: (U//FOUO) On 8 October 2019, TFO Pertzborn requested refreshed social media checks on Blome. IA Marcino reviewed all previously identified social media accounts for any new postings, which demonstrated a proclivity for violence, weapons, or pattern of life activity, all of which are authorized law enforcement purposes.

(U) Facebook Page: display name Blome Waffenkreationen – BWk; username Blome.Waffenkreationen; UID 103661114323862; URL https://www.facebook.com/Blome.Waffenkreationen; 138 people like; 138 people follow

(U) On 5 October 2019, posted a video titled "Making Gun Cotton." (Video attached)

(U) Facebook: display name Karactus James Blome (Krazy K); username krazy.karac; UID 100001379619317; URL https://www.facebook.com/krazy.karac; Delivery Driver at Jimmy John's; Owner and Founder at Blome Waffenkreationen – BWk; Musician at Karactus James Blome (UID 1805308519516523); Studied Unix Administration at ITU; Studied Chemistry at William Rainey Harper College; Went to Buffalo Grove High School; From Elk Grove Village, IL; Joined 07/2010; followed by 318 people; Intro "INTP. Violinist, rapper, individualist anarchist, nonprofessional scientist, author, and logician."; Nicknames Krazy K an Karac; last public post was 09/10/2019

(U) On 6 October 2019, he posted, "Hey folks. I'm a New American Minuteman." (Image attached)

(U) On 6 October 2019, posted "Everyone... I'm forming my own militia. We will be called... The New American Minutemen. We stand for freedom. Plain and simple. We are decentralzied. I created it, but it does not belong to me... America has been losing their God given freedoms one by one. I intend to defend these. I am enraged. Or government taxes us endlessly, forces us to send our chilren to schools they control, control the press with their laws, and they've established over 700 imperialistic bases overseas and expect us to pay for them... Seems like we need to dust off our guns and do this again, my fellow Americans. And if anything happens to me because I said this... well that should just prove our basic rights no longer exist. Who will answer this call to arms? Who's with me?" (Image attached.)

(U) On 5 October 2019, posted a video of him discussing and handling a large knife (Image attached).

(U) On 26 September 2019, posted an image "ok now I got your attention we need to overthrow the government." (Image attached).

(U) On 19 September 2019, posted he had a new job at Co-Staff Corp. Janesville, WI (Image attached).

(U) On 19 September 2019, posted that he left his job at Jimmy John's in Janesville, WI. (Image attached).

8

(U) On 11 September 2019, posted an image stated, "Grandpa Julius' flaming hot napalm cakes 1 cup used motor oil, 1 cup crushed Styrofoam, 1/2 cup gasoline"

(U) On 12 September 2019, posted an image stating "This person will stand against Red Flag Laws so will these We own 300,000,000+ guns You are pushing too far BACK OFF" (Image attached.

(U) [Possible] Facebook Page: display name Occupy Dummycrats; username occupy.dummycrats; UID 455884747970607; URL https://www.facebook.com/ occupy.dummycrats; 1,123 people like; 1,162 people follow; messenger info m.me/ occupy.dummycrats; Team Members Karactus Blome (UID 100009428315813); last public post 10/07/2019

(U) The recent posts contained first Amendment protected statements, none of which advocated for violence.

**Status:** Approved
**Attachments:**
- (U) Making Gun Cotton Video (28336.4 KB)
- (U) Image of video of knife (272.3 KB)
- (U) New Job (538.8 KB)
- (U) Left Job (454.8 KB)
- (U) Starting a militia (238.8 KB)
- (U) Posted Napalm Recipe (271.0 KB)
- (U) Started Militia (60.1 KB)
- (U) Overthrow the government (75.1 KB)
- (U) Red Flag Laws (477.3 KB)

**History:**
10/08/2019 04:45:14 PM Created Note: Refreshed Open Source Checks   KALI MARCINO ( MILWAUKEE /MW-IN-2 )
10/09/2019 09:46:01 AM Submit note for approval   KALI MARCINO ( MILWAUKEE /MW-IN-2 )
10/09/2019 12:55:57 PM Approve note   TORI GASKILL ( MILWAUKEE /MW-CT-1 )

## (U//FOUO) Contact with Janesville Police Detective Kyle Austin

**Authorized Method:** Accept voluntarily provided information by governmental or private entities.

**Description:** On Thursday October 10, 2019, TFO James Pertzborn contacted City of Janesville Police Detective Kyle Austin regarding City of Janesville resident, Karactus J. Blome (BLOME). Det. Austin was familiar with previously reported information concerning BLOME posting anti-establishment and anti- government material on YouTube that included video footage of Bloom testing a homemade acid throwing device.

TFO Pertzborn informed Det. Austin that he recently interviewed BLOME's biological mother, Christina Horne, who reported that she believes that BLOME's erratic behavior will likely intensify due to BLOME's unstable living arrangements in Janesville, WI. Horne reported that BLOME is extremely anti-government and anti-authority and will likely show verbal aggression towards law enforcement.

TFO Pertzborn requested that Det. Austin send out an agency wide officer safety alert concerning BLOME.

Det. Austin stated that he would forward TFO Pertzborn's conact information to Janesville Police Lt. Blaser. Lt. Blaser currently oversees the Janesville Police Department's Crisis Intervention Team (CIT).

**Status:** Approved

**History:**
10/10/2019 02:09:51 PM Created Note: Contact with Janesville Police   JAMES PERTZBORN JR ( MILWAUKEE
                        Detective Kyle Austin   /MW-CT-1 )
10/10/2019 02:10:03 PM Submit note for approval   JAMES PERTZBORN JR ( MILWAUKEE
                        /MW-CT-1 )
10/11/2019 09:04:18 AM Approve note   TORI GASKILL ( MILWAUKEE /MW-CT-1 )

## (U//FOUO) Wisconsin Driving Record - Gregory J. Raines

**Authorized Method:** Accept voluntarily provided information by governmental or private entities.

MORGAN_003362

Description:    On October 15, 2019, TFO Brian Lukens conducted a criminal history / Wisconsin Drivers License on Gregory John Raines. The results are showed below;

No Criminal History
Driver Record
Certified Driver Status
_____

GREGORY JOHN RAINES

Name on Product: RAINES GREGORY JOHN

Drivers License or ID Card # R520-2906-5447-03
VAL RGLR Regular LicenseSurrendered Class A, Surrendered Class B, Surrendered Class C, Valid Class D, Valid Class M
Expiration: 12/07/2022
Endorsements: Surrendered Tanker, Surrendered Passenger Bus
Issue Date: 04/19/2019

Photo Available: Yes
Real ID Indicator: Yes
Product Description: Regular License
Application Type: Duplicate

* Confidential Next Product *
SUR (Confidential) ID Id Card;
Expiration: 12/07/2019
Issue Date: 03/23/2011
Original Issue Date: 03/23/2011

Real ID Indicator: No
Product Description: Id Card
Application Type: Original

PERSON DATA:
Male White 12/07/1965
5'08" 190 lbs Blue Eyes Brown Hair Organ Donor: Y
463 Glen St
Janesville, WI 53545-2425 USA County: Rock
Address Updated: 08/31/2018
FORMER: 01/29/2013 GREGORY J. RAINES 12/07/1965 Male R5202906544703
Record Details:
Notation: Excepted Intrastate.
Notation: 07/19/1995 Moved From Illinois
** Confidential Next Entry **
04/19/2019 Withdrawal Dot Action License Surrendered Indefinite NID Surrenderd Id Card - DI Product Issued Case #:V831416
03/23/2011 Withdrawal Dot Action License Surrendered Endorsement:P 678 Day EDT Surrendered Endorsements Case #:V218288 Eligible For Reinstatement:01/29/2013 Mailed:01/30/2013
03/23/2011 Withdrawal Dot Action License Surrendered Endorsement:N 678 Day EDT Surrendered Endorsements Case #:V218287 Eligible For Reinstatement:01/29/2013
03/23/2011 Withdrawal Dot Action License Surrendered Class:B Class:C 678 Day CLA Surrendered Classes And Endorsements Case #:V218284 Eligible For Reinstatement:01/29/2013
03/23/2011 Withdrawal Dot Action License Surrendered Class:A 678 Day CLA Surrendered Classes And Endorsements Case #:V218285 Eligible For Reinstatement:01/29/2013
Your Request:
User ID: Lukensbt Interface Identifier: 5000
Agency Information: WI0130000 Initiator Identifier: 842381994
EBC Message Identifier: 36166187 Response Identifier: 969057574
Date & Time: 10/15/2019 12:13:44
Primary Name: RAINES, GREGORY JOHN Birth Date: 12/07/1965
Sex: Male Race: White
Attn Line: 3165827 Pertzborn
Purpose Code: C

MORGAN_003363

| Status: | Approved | |
|---|---|---|
| History: | | |
| | 10/15/2019 02:12:23 PM Created Note: Wisconsin Driving Record - Gregory J. Raines | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| | 10/15/2019 02:51:53 PM Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Investigative Coordination with City of Janesville Police Department, Officer Erin Johnson

| Authorized Method: | Administrative note for informational purposes. | |
|---|---|---|
| Description: | On October 15, 2019, TFO Pertzborn spoke with City of Janesville Police Department, Officer Erin Johnson concerning City of Janesville resident, Karactus J. Blome (BLOME). Officer Johnson is currently assigned to the Janesville Police Department's Critical Incident Team (CIT), and has been tasked with assessing the actions of BLOME. Officer Johnson informed TFO Pertzborn that she recently viewed several videos that BLOME posted to YouTube and determined that BLOME's actions in the video may have violated a state criminal law and City of Janesville ordinances. Officer Johnson agreed to coordinate her investigation with TFO Pertzborn. | |
| Status: | Approved | |
| History: | | |
| | 10/16/2019 11:07:16 AM Created Note: Investigative Coordination with City of Janesville Police Department, Officer Erin Johnson | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| | 10/16/2019 01:15:12 PM Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Correction of Facebook UID for "Occupy Dummycrats"

| Authorized Method: | Obtain publicly available information. | |
|---|---|---|
| Databases checked: | Social Media | |
| Description: | The UID for a Facebook page possibly associated with Guardian subject Karactus Blome was previously transcribed incorrectly. The correct UID for Facebook page "Occupy Dummycrats" is 455884747940607. | |
| Status: | Approved | |
| History: | | |
| | 10/29/2019 12:54:27 PM Created Note: Correction of Facebook UID for "Occupy Dummycrats" | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| | 10/29/2019 12:54:36 PM Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| | 10/29/2019 01:23:02 PM Approve note | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Review of social media posts

| Authorized Method: | Administrative note for informational purposes. | |
|---|---|---|
| Description: | On October 29, 2019, TFO Pertzborn requested SOS Kyle Cornelius to review the current content of Karactus Blome's social media for information concerning the Second Amendment Rally being held in Madison, Wisconsin on November 2, 2019. Cornelius later informed TFO Pertzborn that he reviewed all previously identified accounts and that each were negative for any information regarding the upcoming rally. | |
| Status: | Approved | |
| History: | | |
| | 10/29/2019 01:46:02 PM Created Note: Review of social media posts | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| | 10/30/2019 01:34:47 PM Submit note for approval | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| | 10/30/2019 02:03:12 PM Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) NTOC2019 333tkc01 E-Tip: Additional Social Media Posts by Karactus James Blome. (MW)

| Authorized Method: | Accept voluntarily provided information by governmental or private entities. |
|---|---|
| Description: | |

MORGAN_003364

(U) On 11/29/2019 at 4:34 PM Eastern Time, an anonymous tipster, address provided as ████████ Redacted ████████ submitted an online tip to the FBI National Threat Operations Center (NTOC) via tips.fbi.gov to report additional information regarding Karactus James Blome which includes two recent Social Media posts regarding interaction with DHS and local law enforcement.

(U) Date Submitted: 11/29/2019 04:34:13 PM EST
Transaction Number: 8A16AA7A-205A-4113-9C5F-C5E2D394F789

(U) Threat To Life: False
(U) Submitted Text:
Hes been posting on facebook for a few days angry because I believe you already have an open investigation against him. He posted a video depicting how to produce an acid gun to shoot sulphuric acid in retaliation. Here is his direct quote: "Hey everyone. So...this is the production how-to video I took while making one of the acid guns that were part of the reason the government came to my house. They are afraid of the knowledge I have, so I'm sharing it with ALL! People should not be afraid of their governments, governments should be afraid of their people. So here's how you make a device that shoots sulfuric acid! Government if you're watching and you probably are, this is for harassing and threatening my family!" "Okay government, watchlist me and keep me from buying a gun...even though it won't affect me at all because you literally saw me making guncotton which can be used in place of gunpowder in ammunition...I can make my own ammo, what makes you think I can't make a gun if I wanted? Cool. Ensure that any gun I do ever have will be undocumented. Whatever. Lol what a bunch of idiots. Like I even really need a conventional weapon? I'm a weapon designer rn! I can likely invent something better anyway!" His posts are becoming more unstable and I'm incredibly concerned that he may cause harm to one or more persons Violation: Mass Shootings, Bombings, Weapon of Mass Destruction, Terrorism

(U) Violation Questions
What type of attack are you reporting?: Someone posted a facebook video to teach his friends how to create an acid gun weapon that shoots out sulphuric acid
What makes you believe the attack will occur? How do you know the attack will occur?: I dont know but that an attack will occur but this seemed like it should be reported to someone
Is the attack being organized by a group or individual? Are there any known associates?: Individual - Karactus James Blome
Does this person or group have access to firearms, explosives, or any other chemical? If so, what weapons are involved?: Has access to chemicals, keeps talking about building his own guns and weapons
Do you know the plan of attack(when, where, has there been any rehearsals of the attack)?: No

(U) Complainant Information
First Name:
Middle Name:
Last Name:
Age:
DOB:
Additional Info:
Type: Other
Address:
City: ████ Redacted ████
State: █ Redacted █
Zip: █ Redacted █
Country: United States

(U) Subject Information
First Name: Karactus
Middle Name:
Last Name: Blome
Age: 27
DOB:
Additional Info: I do not know his home address but I do know his place of employment is Generac Power Systems in Waukesha, WI

Link to social media posts:
https://m.facebook.com/story.php?story_fbid=2541196842602945&id=100001379619317

MORGAN_003365

(U) https://m.facebook.com/story.php?story_fbid=2543726912349938&id=100001379619317
How is Contact Known: ▇▇▇▇▇▇▇ Redacted
Type: Other
Address:
City:
Zip:

(U) Witness Information
First Name:
Middle Name:
Last Name:
Age:
DOB:
Additional Info: N/A
How is Contact Known: I am the one who witnessed the posts but would prefer to remain anonymous
Type: Other
Address:
City:
Zip:



(U) Database Queries:

(U) Guardian, Sentinel and DIVS queries for "2601:243:197f:a254:fc9c:f423:3690:5694" revealed zero results.

(U) Guardian query for "Karactus Blome" revealed three results to open Guardian 581566_MW.

(U) Sentinel query for "Karactus Blome" revealed six results including three to case 369C-MW-3165827.

(U) DIVS query for "Karactus Blome" revealed two results including one classified case file and one Guardian data.

(U) Social Media query for "https://m.facebook.com/story.php?story_fbid=2541196842602945&id=100001379619317" revealed link to Facebook video which details interaction with DHS and local law enforcement.

(U) Social Media query for "https://m.facebook.com/story.php?story_fbid=2543726912349938&id=100001379619317" revealed link to video reposting the "instructional/how-to video" on how to make the acid gun.

(U//FOUO) THE INFORMATION CONTAINED HEREIN HAS BEEN DETERMINED BY THE FBI TO BE PERTINENT TO & WITHIN THE SCOPE OF AN AUTHORIZED LAW ENFORCEMENT ACTIVITY & SHOULD BE CONSIDERED IN THE CONTEXT OF THE ASSESSMENT OR PREDICATED INVESTIGATION TO WHICH THE INFORMATION RELATES. PARTICULAR ATTENTION SHOULD BE GIVEN TO THE AUTHORIZED PURPOSE FOR COLLECTING & RECORDING THIS INFORMATION PURSUANT TO THE ATTORNEY GENERAL'S GUIDELINES FOR DOMESTIC FBI OPERATIONS & THE DOMESTIC INVESTIGATION & OPERATIONS GUIDE. THAT PURPOSE MAY BE

MORGAN_003366

SET FORTH IN THE FILE'S OPENING ELECTRONIC COMMUNICATION OR OTHER
RELATED DOCUMENTS.

Status: Approved
Attachments: (U) Capture9659 (712.5 KB)
(U) Capture9660 (813.8 KB)

History:
11/29/2019 05:13:09 PM Created Note: NTOC2019 333tkc01 E-Tip:    THOMAS CROWLEY ( CJIS )
Additional Social Media Posts by Karactus
James Blome. (MW)
11/29/2019 05:14:12 PM Submit note for approval    THOMAS CROWLEY ( CJIS )
11/29/2019 06:27:54 PM Approve note    CHAD PIONTEK ( MILWAUKEE /MW-CT-1 )

## (U//FOUO) Video and Posts from Facebook account Karactus James Blome

Authorized Obtain publicly available information.
Method:
Databases Social Media
checked:
Description: (U//FOUO) On 2 December 2019, SOS Cornelius obtained publicly available information
from Karactus Blome's personal Facebook page UID 100001379619317. Screenshots of
posts and a video can be found in the attachments.
Status: Approved
Attachments: (U//FOUO) Facebook posts and video from UID 100001379619317. (54966.0 KB)

History:
12/02/2019 10:50:30 AM Created Note: Video and Posts from Facebook    KYLE CORNELIUS ( MILWAUKEE /MW-
account Karactus James Blome    CT-1 )
12/02/2019 11:01:17 AM Submit note for approval    KYLE CORNELIUS ( MILWAUKEE /MW-
   CT-1 )
12/02/2019 12:48:01 PM Approve note    MARIA MILLER ( MILWAUKEE /MW-CT-1 )

## Referrals

Has this matter No
been referred
to OGA/State/
Local?

## Disposition

### (U//FOUO) Disposition

Note: TFO Pertzborn has conducted a thorough review of material
posted online by subject, Karactus Blome and determined
that the material is not in violation of federal or state law. TFO
Pertzborn has communicated with Blome's family and with
Janesville Police Mental Health Officer Erin Johnson.
Disposition: This Assessment does not warrant further investigation at this
time

It is noted that the individual or group identified during the Assessment does not warrant further FBI investigation
at this time. Any dissemination of information from this Assessment regarding the individual or group identified
must include an appropriate caveat with the shared information. It is recommended that this Assessment be closed.

## Workflow

| | | | |
|---|---|---|---|
| 09/03/2019 02:36:21 PM | Imported Incident from EGUARDIAN | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | ( MILWAUKEE ) |
| 09/03/2019 02:36:21 PM | Submitted Imported Incident | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | ( MILWAUKEE ) |
| 09/03/2019 03:00:07 PM | Incident assigned | Assigned By: | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 09/03/2019 03:07:15 PM | Incident assigned for pre-assessment | Assigned By: | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |
| | Please conduct pre-assessment queries. Information provided by reporting officer in Word document. | Assigned To: | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |

MORGAN_003367

| Date/Time | Description | Assignment |
|---|---|---|
| 09/11/2019 09:14:26 AM | Incident submitted from pre-assessment | Assigned By: KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 10:24:06 AM | Change incident program<br>Primary concern is subject's experimentation with and use of various chemicals for nefarious purposes. | Assigned By: CHAD PIONTEK ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 10:38:41 AM | Incident opened | Assigned By: CHAD PIONTEK ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 10/11/2019 09:11:22 AM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment and documented below. The assigned FBI Employee is making sufficient progress toward achieving the authorized purpose and objective. The assigned FBI Employee's investigative methods were appropriate during the last 30 days. A 30 day extension is warranted as it is reasonably likely that information will be obtained that is relevant to the authorized objective. At this time, adequate predication does not exist to justify opening a predicated investigation. Therefore, an additional 30 days is authorized and justified for the captioned assessment. | Assigned By: TORI GASKILL ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 11/06/2019 05:16:43 PM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment and documented below. The assigned FBI Employee is making sufficient progress toward achieving the authorized purpose and objective. The assigned FBI Employee's investigative methods were appropriate during the last 30 days. A 30 day extension is warranted as it is reasonably likely that information will be obtained that is relevant to the authorized objective. At this time, adequate predication does not exist to justify opening a predicated investigation. Therefore, an additional 30 days is authorized and justified for the captioned assessment. | Assigned By: CHAD PIONTEK ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 12/09/2019 03:17:09 PM | Incident submitted for closure | Assigned By: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 12/11/2019 09:58:13 AM | Incident Closed | Assigned By: MARIA MILLER ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |

MORGAN_003368

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Generated: 05/13/2020 4:16 PM EDT

## Incident Summary

581566_MW(U) Homemade Weapons and Potential Sales from Self-Described Anarchist



| | |
|---|---|
| Karactus J Blome<br>HQ-WMDD-224-I-19<br>(U//FOUO) Toxic Industrial Chemicals/<br>Explosive Precursor Chemicals and/or<br>Materials | 581566_MW<br>Status: Closed (on 05/13/2020)<br>This Assessment does not warrant<br>further investigation at this time |

(U) Karactus J Blome
Subject Type:     Main
Attachments:      (U//FOUO)
                  Karactus
                  Blome.jpg (50.3 KB)
                  DL Picture

### Program Measures

| 5 Day Draft Measure | 5 Day Action Measure | 180 Day Measure |
|---|---|---|
| 1 | 1 | 80 |

### Mitigation

| ☐ | ☐ | ☐ |
|---|---|---|

### Weapons of Mass Destruction

Status: Closed
Type 1/Type 2

| | |
|---|---|
| Threat to Life: | No |
| Modality: | Chemical Matters |
| Report Type: | Suspicious Activity |
| Activity Type: | Manufacture/Research |
| Program Management: | WMD-IOS/WMD-ORU |
| Observed: | 09/02/2019 |
| Receipt Method: | Other |
| Reported By: | Officer Fuhrmann |
| eGuardian ID: | WIFCUWSIC-2019-00036 |
| Field Office: | MILWAUKEE |
| Assigned Squad: | MW-CT-1 |
| Approver(s): | MW-CT-1 Supervisors |
| Report Creator: | eG eGuardian |
| Report Owner: | JAMES PERTZBORN JR |
| Authorized Purpose: | To determine whether subject Blome's documented experimentation with hazardous chemicals presents a threat to public safety or national security. |
| Sentinel Case: | 389C-MW-3165827 |

### Baseline Collection
Database/Resource Queries

| Date Last Checked | Database |
|---|---|
| 09/11/2019 | BaseJumper |
| 09/11/2019 | BusinessFilings |
| 09/11/2019 | CHS Check (CFU) |
| 03/02/2020 | Clearwater |

### Baseline Collection Plan
Authorized Methods Utilized

| Date Last Checked | Technique Utilized |
|---|---|
| 02/26/2020 | Accept voluntarily provided information by governmental or private entities. |
| 05/12/2020 | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
| 03/11/2020 | Administrative note for informational purposes. |

MORGAN_003317



| | | | |
|---|---|---|---|
| 03/02/2020 | DIVS | 04/20/2020 | Obtain publicly available information. |
| 09/11/2019 | DMV | | Baseline Compliant ☐ |
| 09/11/2019 | DWS | | |
| 09/11/2019 | DaLas | | |
| 03/02/2020 | Guardian | | |
| 09/11/2019 | NCIC | | |
| 09/11/2019 | NetTalon | | |
| 03/02/2020 | Other | | |
| 03/02/2020 | Photographic Web Sites | | |
| 03/02/2020 | Public Search Engines | | |
| 09/11/2019 | Sentinel | | |
| 05/12/2020 | Social Media | | |
| 09/11/2019 | TIDE | | |
| 03/02/2020 | Telephone Applications | | |
| 09/11/2019 | Web Crawlers | | |
| Baseline Compliant ☐ | | | |

(U) Karactus Blome is posting anti-government videos. He also is experimenting with various chemicals. He created a "acid thrower", which squirts Sulfuric Acid as a self defense weapon. According to his FB profile, it appears he may be attempting to sell these acid throwers for $10.

Sharing this information as it appears to be extremely interested in experimenting and creating various chemical weapons.

## Subjects

### (U) Karactus J Blome
Subject Type:   Main
Attachments:    (U//FOUO) Karactus Blome.jpg (50.3 KB)
                DL Picture

## Locations

### (U) Janesville Wisconsin United States
Other
Janesville, Wisconsin
United States
NaNNaN

## Attachments

Janesville PD report

IL DL

IL vehicle

CH IL

CLEAR report

IL DL PHoto

## Links To 581566_MW

637013_MW

## Notes

### (U) Incident additional information
Description:    Submitting Organization Details
                ORI: WIFCUWSIC
                Name: WI Statewide Information Center (WSIC)
                Phone: 608-242-5393
                Email: deremercf@doj.state.wi.us
                Phone 3: WIDCI0000
                Agency Name 1: State

MORGAN_003318

Agency Name 2: Christopher DeRemer
Street Number: 2445
Street Name: Darwin Rd
City: Madison
State: WI
Country: US
Zip Code: 53707
Field Office: MW

Incident Author Information
ORI: WIFCUWSIC
Email: peersm@doj.state.wi.us
Phone: 6082403597
Last Name: Peer
First Name: Steven

Created Timestamp: 2019-09-03T13:07:34.447
Modified Timestamp: 2019-09-03T14:32:00.615

Status: Approved

History:
**09/03/2019 02:36:21 PM** Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U) Incident Behaviors from eGuardian

Description: Acquisition and/or storage of unusual quantities of materials such as cell phones, pagers, fuel, chemicals, toxic materials, and timers, such that a reasonable person would suspect possible criminal activity.

Status: Approved

History:
**09/03/2019 02:36:21 PM** Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U) Selected Field Office for Routing

Description: Selected Field Office: MILWAUKEE
Status: Approved

History:
**09/03/2019 02:36:21 PM** Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U) Pre-assessment database queries assigned.

Authorized Method: Administrative note for informational purposes.

Description: On 09/03/2019, pre-assessment database queries were assigned to SOS Cornelius.
Status: Completed

History:
**09/03/2019 03:44:33 PM** Created Note: Pre-assessment database queries CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) assigned.

## (U) EGUARDIAN Imported Additional Information

Description: Created by Brett Van Ess from WI Statewide Information Center (WSIC) on Mon Sep 09 09:35:47 EDT 2019 -
BLOME knife incident from Wheeling PD

Status: Approved

Attachments: (U) BLOME knife incident_Wheeling PD Documents.pdf (1333.0 KB)

BLOME knife incident from Wheeling PD

History:
**09/09/2019 09:42:30 AM** Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## (U//LES) Pre-Assessment Checks for Karactus James Blome

Authorized Method: Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.

Databases checked: BaseJumper, BusinessFilings, CHS Check (CFU), Clearwater, DaLas, DIVS, DMV, DWS, Guardian, NCIC, NetTalon, Other, Photographic Web Sites, Public Search Engines, Social Media, Telephone Applications, TIDE, Web Crawlers, Sentinel

Description: (U//FOUO) SOS Cornelius conducted pre-assessment checks on Karactus James Blome. The results are documented below and in the attachments.

3

MORGAN_003319

(U//FOUO) Name: Karactus James Blome (Guardian, 581566_MW)
(U//FOUO) DOB: 05/09/1993 (Guardian, 581566_MW)
(U//FOUO) SSN: 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 (Accurint, 6 September 2019)
(U//FOUO) DL Number: B45051093133 (US, IL) (Guardian, 581566_MW)
(U//FOUO) FBI Number: 726XC006R (Guardian, 581566_MW)
(U//FOUO) State ID: IL30312581 (Guardian, 581566_MW)
(U//FOUO) Address 1: 461 Glen St., Janesville, WI 53545 (Guardian, 581566_MW)
(U//FOUO) Address 2: 289 London Pl., Wheeling, IL 60090-2630 (Jun 2016 – Aug 2019)
(Accurint, 6 September 2019)
(U//FOUO) Address 3: 1517 N Oak St., Palatine, IL 60067-2729 (Feb 1995 – Sep 2019)
(Accurint, 6 September 2019)
(U//FOUO) Vehicle: 1996 White Honda 4 Door, VIN 1HGCD5636TA063426, IL plate
BN91065 (Guardian, 581566_MW)
(U//FOUO) Email Addresses: hounddowg1@gmail.com (Accurint, 6 September 2019);
comrade.blome@yahoo.com (Open Source, 6 September 2019)
(U//FOUO) Phone Numbers: 16302121286; 18475335856 (Accurint, 6 September 2019);
18473584807 (Open Source, 6 September 2019)

(U//FOUO) Accurint –
> (U//FOUO) Phone number 16302121286 was associated with Blome at address 289
London Pl., Wheeling, IL 60090-2630.

> (U//FOUO) Phone numbers 18475335856 and 18473584807 were associated with
Karactus Blome and Brian Blome at address 1517 N Oak St., Hoffman Est, IL 60067-2729.

> (U//FOUO) Email address hounddowg1@gmail.com was associated with Karac Blome/
Karactus Bloom at address 289 London Pl., Wheeling, IL 60090-2630.

> (U//FOUO) Email address fblome@yahoo.com was associated with Karactus Blome at
address 1517 N Oak St., Hoffman Est, IL 60067-2729.

(U//FOUO) Driver License Information –
> (U//FOUO) DL Number: B450-5109-3133 (US, IL)
>> (U//FOUO) Issued: 05/10/2019
>> (U//FOUO) Expires: 05/09/2023

(U//FOUO) Criminal History/NCIC – See attachment
> (U//FOUO) FBI Number: 726XC006R
> (U//FOUO) State ID: IL30312581

(U//FOUO) OnDec – Checked 10 September 2019.

(U//FOUO) CFR – Checked 10 September 2019.

(U//FOUO) DIVS –
> (U//FOUO) Experian Record ID 488476917 - Phone number 18473584807 was associated
with Patricia M Calabrese at address 1517 N Oak St., Hoffman Est, IL 60067-2729.

(U) Open Source -
> (U) Facebook Page: display name Karactus James Blome; username
KaractusJamesBlome; UID 1805308519516523; URL https://www.facebook.com/
karactusJamesBlome; 104 people like; 105 people follow; hometown Elk Grove Village, IL;
link to YouTube channel and SoundCloud accounts listed below; messenger account m.me/
KaractusJamesBlome

> (U) Facebook Page: display name Blome Waffenkreationen – BWk; username
Blome.Waffenkreationen; UID 103661114323862; URL https://www.facebook.com/
Blome.Waffenkreationen; 138 people like; 138 people follow
>> (U) Video: Sulfur dioxide/Sulfur trioxide Smoke Power; posted 08/09/2019; URL https://
www.facebook.com/Blome.Waffenkreationen/videos/3091689434181816/

> (U) SoundCloud: display name Krazy K Karactus Blome; username karactus-james-blome;
URL https://soundcloud.com/karactus-james-blome; 9 followers; 0 following; 8 tracks

> (U) YouTube: display name Karactus Blome; URL https://www.youtube.com/channel/
UC62TCz6DjwzqnY6Jq18EKg; joined 03/02/2014; 3,971 views; 47 subscribers

MORGAN_003320

>> (U) Video 1: BWk- XW-M2 Säurewerfer; published 08/31/2019; "This is my acid thrower gun. The song is In Your Face by Children of Bodom. I don't own the rights to it, but the music is not the point of the video."; URL https://www.youtube.com/watch?v=Gyw3dAnSyeg

>> (U) Video 2: Sulfur X-Oxide Grenade Prototype Test; published 08/30/2019; "Testing a sulfur dioxide/sulfur trioxide gas grenade."; URL https://www.youtube.com/watch?v=MGRNEsUvIyg

> (U) Twitter: display name Karactus Blome; username AlynaarDysnomia; UID 870262621110403072; URL https://twitter.com/alynaardysnomia; 65 tweets; 56 following; 6 followers; 50 likes; location Wheeling, IL; joined June 2017; Born May 9; last public tweet was 03/06/2018

> (U) Twitter: display name Karactus.Blome; username karactus; UID 797255653; URL https://twitter.com/karactus; 3 tweets; 15 following; 3 followers; location Wheeling, IL; joined 09/2012; description "Hey there. Only two things to say about me: 1. I'm Karac, nice to meet you. 2. Umm, there is no second thing actually. Sorry to disappoint you."

> (U) [Possible] LinkedIn: display name Karactus Blome; username karactus-blome-b0984a56; URL https://www.linkedin.com/in/karactus-blome-b0984a56; location Wheeling, IL

> (U//LES) [Possible] LinkedIn: display name Karactus Blome; username karactus-blome-a89224aa; URL https://www.linked.com/in/karactus-blome-a89224aa; Cashier Jimmy John's

> (U//LES) [Possible] YouTube Channel: display name Hounddowg1; username Hounddowg1; URL https://www.youtube.com/user/Hounddowg1/featured; 45 subscribers; joined 07/03/2008; 18,320 views

> (U//LES) [Possible] Facebook: display name Karactus Blome; UID 100001379619317

> (U//LES) [Possible] Facebook: display name Karactus Blome; UID 100002225551175

> (U//FOUO) Blome possibly authored two books that can be found on Amazon.com titled: "The Proletarianist Manifesto: 3rd English Edition" and "A Day For the Workers."

(U//FOUO) Databases checked that yielded negative or already known information include:
> (U//FOUO) Palantir Mint
> (U//FOUO) Sentinel
> (U//FOUO) Business Filings - Wisconsin Department of Financial Institutions
> (U//FOUO) Federal Firearm and Explosive Denials as of 6 September 2019
> (U//FOUO) Guardian
> (U//FOUO) Clearwater
> (U//FOUO) BaseJumper
> (U//FOUO) DaLAS
> (U//FOUO) TIDE
> (U//FOUO) DWS

Status:        Completed
Attachments:   (U//LES) Attachments for Karactus James
               Blome_581566_MW_1568207581886.zip (49802.7 KB)
               Attachments for Karactus Blome - criminal history; Accurint report; Clear report; and social media screenshots and videos.

History:
09/11/2019 08:49:22 AM Created Note: Pre-Assessment checks for        KYLE CORNELIUS ( MILWAUKEE /MW-
                       Karactus James Blome                            CT-1 )

## (U//LES) Open Source Checks Karactus James Blome

Authorized      Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.
Method:
Databases       Clearwater, DIVS, DWS, Guardian, NetTalon, Other, Public Search Engines, Social Media,
checked:        Web Crawlers, Sentinel
Description:

                (U//FOUO) Open Source Caveat: The information contained herein has been determined
                by the FBI to be pertinent to and within the scope of an authorized law enforcement activity
                and should be considered in the context of the assessment or predicated investigation to
                which the information relates. Particular attention should be given to the authorized purpose
                for collecting and recording this information pursuant to the Attorney General's Guidelines
                for Domestic FBI Operations and the Domestic Investigations and Operations Guide. That

5

MORGAN_003321

purpose may be set forth in the file's opening electronic communication or other related documents."

(U//FOUO) SOS Cornelius conducted additional social media research for the subject of the Guardian Karactus James Blome (Blome). The results of those searches are documented below and in the attachments.

(U) Facebook: display name Karactus James Blome (Krazy K); username krazy.karac; UID 100001379619317; URL https://www.facebook.com/krazy.karac; Delivery Driver at Jimmy John's; Owner and Founder at Blome Waffenkreationen – BWk; Musician at Karactus James Blome (UID 1805308519516523); Studied Unix Administration at ITU; Studied Chemistry at William Rainey Harper College; Went to Buffalo Grove High School; From Elk Grove Village, IL; Joined 07/2010; followed by 318 people; Intro "INTP. Violinist, rapper, individualist anarchist, nonprofessional scientist, author, and logician."; Nicknames Krazy K an Karac; last public post was 09/10/2019

> (U) Post on 09/02/2019 – "Now that I just moved to a red state from a blue state, I must say I'm happier here. The government steals less of my money, things in general cost less, and my right to bear arms is being respected." – In the comments, Facebook user Brandon Branthaver asks where Blome moved to, and Blome responds "WI."

> (U) Post on 08/18/2019, "My new humble abode [emjoi].", URL https://www.facebook.com/krazy.karac/videos/2336596323062999/ – The video was of Blome's new residence in Janesville, WI. Amongst other things, the room contained chemicals sitting on a table, periodic tables on the wall, and a military-like uniform in the closet.

> (U) Post on 07/01/2019, "My new self defense weapon of choice! XD", URL https://www.facebook.com/krazy.karac/videos/2255261721196460/ – The video was of Blome using a lighter and AXE body spray to create a flamethrower.

(U) Facebook: display name Karactus Blome; UID 100009428315813; Owner and Founder at Blome Waffenkreationen – BWk; Musician Self-Employed; Self-Employed at Agorism; Former Mover at Happ Movers; Went to Buffalo Grove High School; From Elk Grove Village, IL; Single; Manages Occupy Dummycrats (UID 455884747940607) and A New Geocentric Model (UID 1304543586357684); last public post was 08/25/2019; Lists brother as James Sabastian Raines (UID 1544928084); Other name Alynaar the Shattered

> (U) Photo on 09/04/2016 – Photo contains rubber gloves, gas mask, and military style clothing.

> (U) Photo on 09/04/2019 – Photo contains a book titled "Hazardous Materials for First Responders" fourth edition.

> (U) Photo on 06/24/2016, "Looking for someone to join me in having fun with my new toy." – Photo contains a crossbow.

> (U) Photo on 01/08/2016, "She's a beauty, isn't she? This here is my weapon of choice. Guns are cool and all, but nothing says "Don't fuck with me" like cold, hard steel." – Photo contains a hand holding a blade labeled "U.S. 1918."

(U) [Possible] Facebook Page: display name Occupy Dummycrats; username occupy.dummycrats; UID 455884747970607; URL https://www.facebook.com/occupy.dummycrats; 1,123 people like; 1,162 people follow; messenger info m.me/occupy.dummycrats; Team Members Karactus Blome (UID 100009428315813); last public post 09/10/2019

(U) [Possible] Facebook Page: display name A New Geocentric Model; username a.new.geocentric.model; UID 1304543586357684; URL https://www.facebook.com/a.new.geocentric.model; 118 people like; 123 people follow; last public post was 03/21/2019; messenger m.me/a.new.geocentric.model; provided link to Google Drive; Team Members Karactus Blome (UID 100009428315813); Groups by this page A New Geocentric Model Discussions (UID 1864709347172733)

(U) [Possible] Facebook Page: display name A New Geocentric Model Discussions; UID 1864709347172733; description "This group is for discussions about the theory."; 34 members; created on 01/01/2018; as of 11 September 2019, 0 posts in the last 30 days; closed group

MORGAN_003322

(U) [Possible] Facebook: display name Karactus Blome; UID 100002225551175 – Account deactivated or deleted.

(U//LES) Phone number 18475335856 was connected to a Venmo account.

(U//FOUO) Email address comrade.blome@yahoo.com was connected to the following accounts:

> (U//LES) Twitter: display name karactus.blome; username karactus; UID 797255653 – account previously reported.

> (U//LES) (U) LinkedIn: display name Karactus Blome; username karactus-blome-b0984a56; URL https://www.linkedin.com/in/karactus-blome-b0984a56; location Wheeling, IL; Student at Harper College; location wheeling, IL – See attachments for additional profile information.

(U//FOUO) Email address hounddowg1@gmail.com was connected to the following accounts:

> (U//LES) Google: UID 100265481739709623566

> (U//LES) Twitter: display name Karactus Blome; username AlynaarDysnomia; UID 870262621110403072 – account previously reported.

> (U//LES) SoundCloud

(U//LES) Email address clustergeek64@gmail.com was connected to the following accounts:

> (U//LES) Twitter: display name Karactus Blome; username clustergeek64; UID 2937814672; URL https://twitter.com/clustergeek64; 24 following; 0 followers; joined 12/2014

> (U//LES) Google: UID 112378469061545462001

> (U//LES) Skype: display name Karactus Blome; username karactus.blome; DOB 5/9; location Wheeling, IL, US

> (U//LES) LinkedIn: display name Karactus Blome; username karactus-blome-a89224aa; URL https://www.linked.com/in/karactus-blome-a89224aa; Cashier Jimmy John's; location Wheeling, IL; 5 connections; About has Blome's resume that contains email address clustergeek64@gmail.com – See attachments for additional profile information. LinkedIn: display name Karactus Blome; Cashier at Jimmy John's

(U//FOUO) OnDec – Checked 11 September 2019.

(U//FOUO) Databases checked that yielded negative or already known information include:
> (U//FOUO) DIVS
> (U//FOUO) Palantir Mint
> (U//FOUO) DWS
> (U//FOUO) Guardian
> (U//FOUO) Sentinel
> (U//FOUO) GMAN

Status:       Approved
Attachments:  (U//LES) Attachments for Karactus James Blome
              Blome_581566_MW_1568235268891.zip (49802.7 KB)
              Attachments for Karactus Blome.

History:
| 09/11/2019 04:37:01 PM | Created Note: Open Source Checks Karactus James Blome | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 04:55:56 PM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 05:00:30 PM | Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Wheeling Police Incident 16-02230

Authorized
Method:       Accept voluntarily provided information by governmental or private entities.

MORGAN_003323

Description:   On September 11, 2019, TFO Pertzborn obtained a complete copy of all records retained
by the Wheeling Police Department concerning the January 23, 2016 arrest of Karactus J.
Blome for Aggravated Assault / Wheeling PD Case # 16-022330

The records include the following:

Incident Report
Arrest Card
Fingerprint card
Arrest Affidavit (Signed)
Miranda Advice of Rights form
Domestic Violence Supplemental Report
Social Services Report Form
Property Control Report
Digital Images of knives seized
Cook County Livescan
Copy of Karactus J Blome Illinois FOID card
Detainee Checklist
Detainee Holding Record
Subpoena Issued to Blome for court hearing
Blome's Criminal History

Status:       Approved
Attachments:  (U//FOUO)
16-02230_Wheeling_PD_Incident_in_2016_581566_MW_1568908581588.pdf (9008.7 KB)
Records obtained from Wheeling Police Department

History:
09/19/2019 11:54:34 AM Created Note: Wheeling Police Incident       JAMES PERTZBORN JR ( MILWAUKEE
16-02230                                                            /MW-CT-1 )
09/19/2019 12:04:23 PM Submit note for approval                     JAMES PERTZBORN JR ( MILWAUKEE
/MW-CT-1 )
09/19/2019 01:38:58 PM Approve note                                 TORI GASKILL ( MILWAUKEE /MW-CT-1 )

## (U//FOUO) Refreshed Open Source Checks

Authorized     Obtain publicly available information.
Method:
Databases      Social Media
checked:
Description:    (U//FOUO) On 8 October 2019, TFO Pertzborn requested refreshed social media checks
on Blome. IA Marcino reviewed all previously identified social media accounts for any new
postings, which demonstrated a proclivity for violence, weapons, or pattern of life activity, all
of which are authorized law enforcement purposes.

(U) Facebook Page: display name Blome Waffenkreationen – BWk; username
Blome.Waffenkreationen; UID 103661114323862; URL https://www.facebook.com/
Blome.Waffenkreationen; 138 people like; 138 people follow

(U) On 5 October 2019, posted a video titled "Making Gun Cotton." (Video attached)

(U) Facebook: display name Karactus James Blome (Krazy K); username krazy.karac; UID
100001379619317; URL https://www.facebook.com/krazy.karac; Delivery Driver at Jimmy
John's; Owner and Founder at Blome Waffenkreationen – BWk; Musician at Karactus James
Blome (UID 1805308519516523); Studied Unix Administration at ITU; Studied Chemistry at
William Rainey Harper College; Went to Buffalo Grove High School; From Elk Grove Village,
IL; Joined 07/2010; followed by 318 people; Intro "INTP. Violinist, rapper, individualist
anarchist, nonprofessional scientist, author, and logician."; Nicknames Krazy K an Karac; last
public post was 09/10/2019

(U) On 6 October 2019, he posted, "Hey folks. I'm a New American Minuteman." (Image
attached)

(U) On 6 October 2019, posted "Everyone... I'm forming my own militia. We will be
called... The New American Minutemen. We stand for freedom. Plain and simple. We are
decentralzied. I created it, but it does not belong to me... America has been losing their God
given freedoms one by one. I intend to defend these. I am enraged. Or government taxes us
endlessly, forces us to send our chilren to schools they control, control the press with their
laws, and they've established over 700 imperialistic bases overseas and expect us to pay for
them... Seems like we need to dust off our guns and do this again, my fellow Americans. And

MORGAN_003324

if anything happens to me because I said this... well that should just prove our basic rights no longer exist. Who will answer this call to arms? Who's with me?" (Image attached.)

(U) On 5 October 2019, posted a video of him discussing and handling a large knife (Image attached).

(U) On 26 September 2019, posted an image "ok now I got your attention we need to overthrow the government." (Image attached).

(U) On 19 September 2019, posted he had a new job at Co-Staff Corp. Janesville, WI (Image attached).

(U) On 19 September 2019, posted that he left his job at Jimmy John's in Janesville, WI. (Image attached).

(U) On 11 September 2019, posted an image stated, "Grandpa Julius' flaming hot napalm cakes 1 cup used motor oil, 1 cup crushed Styrofoam, 1/2 cup gasoline"

(U) On 12 September 2019, posted an image stating "This person will stand against Red Flag Laws so will these We own 300,000,000+ guns You are pushing too far BACK OFF" (Image attached.

(U) [Possible] Facebook Page: display name Occupy Dummycrats; username occupy.dummycrats; UID 455884747970607; URL https://www.facebook.com/occupy.dummycrats; 1,123 people like; 1,162 people follow; messenger info m.me/occupy.dummycrats; Team Members Karactus Blome (UID 100009428315813); last public post 10/07/2019

(U) The recent posts contained first Amendment protected statements, none of which advocated for violence.

| | |
|---|---|
| Status: | Approved |
| Attachments: | (U) 2019-10-08_15-50-08_Blome_Facebook_Video_Making_Gun_Cotton_581566_MW_1570627312090.mp4 (28336.4 KB) |
| | Making Gun Cotton Video |
| | (U) knife_581566_MW_1570627806899.png (272.3 KB) |
| | Image of video of knife |
| | (U) krazy.karac_new_job_581566_MW_1570627825434.png (538.8 KB) |
| | New Job |
| | (U) krazy.karacleft_job_581566_MW_1570627843447.png (454.8 KB) |
| | Left Job |
| | (U) militia_581566_MW_1570627939859.png (238.8 KB) |
| | Starting a militia |
| | (U) Posted Napalm recipe_581566_MW_1570627961727.png (271.0 KB) |
| | Posted Napalm Recipe |
| | (U) started militia_581566_MW_1570627984658.png (60.1 KB) |
| | Started Militia |
| | (U) Overthrow the gov_581566_MW_1570628015952.png (75.1 KB) |
| | Overthrow the government |
| | (U) krazy karac 3_581566_MW_1570628050608.png (477.3 KB) |
| | Red Flag Laws |

History:

| | | |
|---|---|---|
| 10/08/2019 04:45:14 PM | Created Note: Refreshed Open Source Checks | KALI MARCINO ( MILWAUKEE /MW-IN-2 ) |
| 10/09/2019 09:46:01 AM | Submit note for approval | KALI MARCINO ( MILWAUKEE /MW-IN-2 ) |
| 10/09/2019 12:55:57 PM | Approve note | TORI GASKILL ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Contact with Janesville Police Detective Kyle Austin

| | |
|---|---|
| Authorized Method: | Accept voluntarily provided information by governmental or private entities. |
| Description: | On Thursday October 10, 2019, TFO James Pertzborn contacted City of Janesville Police Detective Kyle Austin regarding City of Janesville resident, Karactus J. Blome (BLOME). Det. Austin was familiar with previously reported information concerning BLOME posting anti-establishment and anti- government material on YouTube that included video footage of Bloom testing a homemade acid throwing device. |

TFO Pertzborn informed Det. Austin that he recently interviewed BLOME's biological mother, Christina Horne, who reported that she believes that BLOME's erratic behavior will likely

MORGAN_003325

intensify due to BLOME's unstable living arrangements in Janesville, WI. Horne reported that BLOME is extremely anti-government and anti-authority and will likely show verbal aggression towards law enforcement.

TFO Pertzborn requested that Det. Austin send out an agency wide officer safety alert concerning BLOME.

Det. Austin stated that he would forward TFO Pertzborn's conact information to Janesville Police Lt. Blaser. Lt. Blaser currently oversees the Janesville Police Department's Crisis Intervention Team (CIT).

| | |
|---|---|
| Status: | Approved |
| History: | |
| 10/10/2019 02:09:51 PM Created Note: Contact with Janesville Police Detective Kyle Austin | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 10/10/2019 02:10:03 PM Submit note for approval | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 10/11/2019 09:04:18 AM Approve note | TORI GASKILL ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Wisconsin Driving Record - Gregory J. Raines

| | |
|---|---|
| Authorized Method: | Accept voluntarily provided information by governmental or private entities. |
| Description: | On October 15, 2019, TFO Brian Lukens conducted a criminal history / Wisconsin Drivers License on Gregory John Raines. The results are showed below; |

No Criminal History
Driver Record
Certified Driver Status

GREGORY JOHN RAINES

Name on Product: RAINES GREGORY JOHN

Drivers License or ID Card # R520-2906-5447-03
VAL RGLR Regular LicenseSurrendered Class A, Surrendered Class B, Surrendered Class C, Valid Class D, Valid Class M
Expiration: 12/07/2022
Endorsements: Surrendered Tanker, Surrendered Passenger Bus
Issue Date: 04/19/2019

Photo Available: Yes
Real ID Indicator: Yes
Product Description: Regular License
Application Type: Duplicate

* Confidential Next Product *
SUR (Confidential) ID Id Card;
Expiration: 12/07/2019
Issue Date: 03/23/2011
Original Issue Date: 03/23/2011

Real ID Indicator: No
Product Description: Id Card
Application Type: Original

PERSON DATA:
Male White 12/07/1965
5'08" 190 lbs Blue Eyes Brown Hair Organ Donor: Y
463 Glen St
Janesville, WI 53545-2425 USA County: Rock
Address Updated: 08/31/2018
FORMER: 01/29/2013 GREGORY J. RAINES 12/07/1965 Male R5202906544703
Record Details:
Notation: Excepted Intrastate.
Notation: 07/19/1995 Moved From Illinois
** Confidential Next Entry **

MORGAN_003326

04/19/2019 Withdrawal Dot Action License Surrendered Indefinite NID Surrenderd Id Card -
DI Product Issued Case #:V831416
03/23/2011 Withdrawal Dot Action License Surrendered Endorsement:P 678 Day EDT
Surrendered Endorsements Case #:V218288 Eligible For Reinstatement:01/29/2013
Mailed:01/30/2013
03/23/2011 Withdrawal Dot Action License Surrendered Endorsement:N 678 Day EDT
Surrendered Endorsements Case #:V218287 Eligible For Reinstatement:01/29/2013
03/23/2011 Withdrawal Dot Action License Surrendered Class:B Class:C 678
Day CLA Surrendered Classes And Endorsements Case #:V218284 Eligible For
Reinstatement:01/29/2013
03/23/2011 Withdrawal Dot Action License Surrendered Class:A 678 Day CLA Surrendered
Classes And Endorsements Case #:V218285 Eligible For Reinstatement:01/29/2013
Your Request:
User ID: Lukensbt Interface Identifier: 5000
Agency Information: WI0130000 Initiator Identifier: 842381994
EBC Message Identifier: 36166187 Response Identifier: 969057574
Date & Time: 10/15/2019 12:13:44
Primary Name: RAINES, GREGORY JOHN Birth Date: 12/07/1965
Sex: Male Race: White
Attn Line: 3165827 Pertzborn
Purpose Code: C

| Status: | Approved | |
|---|---|---|
| History: | | |
| 10/15/2019 02:12:23 PM | Created Note: Wisconsin Driving Record - Gregory J. Raines | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 10/15/2019 02:51:53 PM | Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Investigative Coordination with City of Janesville Police Department, Officer Erin Johnson

| Authorized Method: | Administrative note for informational purposes. | |
|---|---|---|
| Description: | On October 15, 2019, TFO Pertzborn spoke with City of Janesville Police Department, Officer Erin Johnson concerning City of Janesville resident, Karactus J. Blome (BLOME). Officer Johnson is currently assigned to the Janesville Police Department's Critical Incident Team (CIT), and has been tasked with assessing the actions of BLOME. Officer Johnson informed TFO Pertzborn that she recently viewed several videos that BLOME posted to YouTube and determined that BLOME's actions in the video may have violated a state criminal law and City of Janesville ordinances. Officer Johnson agreed to coordinate her investigation with TFO Pertzborn. | |
| Status: | Approved | |
| History: | | |
| 10/16/2019 11:07:16 AM | Created Note: Investigative Coordination with City of Janesville Police Department, Officer Erin Johnson | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 10/16/2019 01:15:12 PM | Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Correction of Facebook UID for "Occupy Dummycrats"

| Authorized Method: | Obtain publicly available information. | |
|---|---|---|
| Databases checked: | Social Media | |
| Description: | The UID for a Facebook page possibly associated with Guardian subject Karactus Blome was previously transcribed incorrectly. The correct UID for Facebook page "Occupy Dummycrats" is 455884747940607. | |
| Status: | Approved | |
| History: | | |
| 10/29/2019 12:54:27 PM | Created Note: Correction of Facebook UID for "Occupy Dummycrats" | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 10/29/2019 12:54:36 PM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 10/29/2019 01:23:02 PM | Approve note | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Review of social media posts

11

MORGAN_003327

| Authorized Method: | Administrative note for informational purposes. |
|---|---|
| Description: | On October 29, 2019, TFO Pertzborn requested SOS Kyle Cornelius to review the current content of Karactus Blome's social media for information concerning the Second Amendment Rally being held in Madison, Wisconsin on November 2, 2019. Cornelius later informed TFO Pertzborn that he reviewed all previously identified accounts and that each were negative for any information regarding the upcoming rally. |
| Status: | Approved |

History:

| 10/29/2019 01:46:02 PM Created Note: Review of social media posts | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
|---|---|
| 10/30/2019 01:34:47 PM Submit note for approval | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 10/30/2019 02:03:12 PM Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) NTOC2019 333tkc01 E-Tip: Additional Social Media Posts by Karactus James Blome. (MW)

Authorized Method:
Description:   Accept voluntarily provided information by governmental or private entities.

(U) On 11/29/2019 at 4:34 PM Eastern Time, an anonymous tipster, address provided as ▉▉▉ Redacted ▉▉▉ Internet Protocol (IP) address ▉▉▉ Redacted ▉▉▉ which resolves to ▉▉ Redacted ▉▉ submitted an online tip to the FBI National Threat Operations Center (NTOC) via tips.fbi.gov to report additional information regarding Karactus James Blome which includes two recent Social Media posts regarding interaction with DHS and local law enforcement.

(U) Date Submitted: 11/29/2019 04:34:13 PM EST
Transaction Number: 8A16AA7A-205A-4113-9C5F-C5E2D394F789

(U) Threat To Life: False
(U) Submitted Text:
Hes been posting on facebook for a few days angry because I believe you already have an open investigation against him. He posted a video depicting how to produce an acid gun to shoot sulphuric acid in retaliation. Here is his direct quote: "Hey everyone. So...this is the production how-to video I took while making one of the acid guns that were part of the reason the government came to my house. They are afraid of the knowledge I have, so I'm sharing it with ALL! People should not be afraid of their governments, governments should be afraid of their people. So here's how you make a device that shoots sulfuric acid! Government if you're watching and you probably are, this is for harassing and threatening my family!" "Okay government, watchlist me and keep me from buying a gun...even though it won't affect me at all because you literally saw me making guncotton which can be used in place of gunpowder in ammunition...I can make my own ammo, what makes you think I can't make a gun if I wanted? Cool. Ensure that any gun I do ever have will be undocumented. Whatever. Lol what a bunch of idiots. Like I even really need a conventional weapon? I'm a weapon designer mf! I can likely invent something better anyway!" His posts are becoming more unstable and I'm incredibly concerned that he may cause harm to one or more persons Violation: Mass Shootings, Bombings, Weapon of Mass Destruction, Terrorism

(U) Violation Questions
What type of attack are you reporting?: Someone posted a facebook video to teach his friends how to create an acid gun weapon that shoots out sulphuric acid
What makes you believe the attack will occur? How do you know the attack will occur?: I dont know that an attack will occur but this seemed like it should be reported to someone
Is the attack being organized by a group or individual? Are there any known associates?: Individual - Karactus James Blome
Does this person or group have access to firearms, explosives, or any other chemical? If so, what weapons are involved?: Has access to chemicals, keeps talking about building his own guns and weapons
Do you know the plan of attack(when, where, has there been any rehearsals of the attack)?: No

(U) Complainant Information
First Name:
Middle Name:
Last Name:
Age:

MORGAN_003328

DOB:
Additional Info:
Type: Other
Address:
City:  Redacted
State: Redacted
Zip: Redacted
Country: United States

(U) Subject Information
First Name: Karactus
Middle Name:
Last Name: Blome
Age: 27
DOB:
Additional Info: I do not know his home address but I do know his place of employment is
Generac Power Systems in Waukesha, WI

Link to social media posts:
https://m.facebook.com/story.php?story_fbid=2541196842602945&id=100001379619317

(U) https://m.facebook.com/story.php?story_fbid=2543726912349938&id=100001379619317
How is Contact Known: Redacted
Type: Other
Address:
City:
Zip:

(U) Witness Information
First Name:
Middle Name:
Last Name:
Age:
DOB:
Additional Info: N/A
How is Contact Known: I am the one who witnessed the posts but would prefer to remain
anonymous
Type: Other
Address:
City:
Zip:

# Redacted

(U) Database Queries:

(U) Guardian, Sentinel and DIVS queries for "2601:243:197f:a254:fc9c:f423:3690:5694"
revealed zero results.

(U) Guardian query for "Karactus Blome" revealed three results to open Guardian
581566_MW.

(U) Sentinel query for "Karactus Blome" revealed six results including three to case 369C-
MW-3165827.

MORGAN_003329

(U) DIVS query for "Karactus Blome" revealed two results including one classified case file and one Guardian data.

(U) Social Media query for "https://m.facebook.com/story.php?story_fbid=2541196842602945&id=100001379619317" revealed link to Facebook video which details interaction with DHS and local law enforcement.

(U) Social Media query for "https://m.facebook.com/story.php?story_fbid=2543726912349938&id=100001379619317" revealed link to video reposting the "instructional/how-to video" on how to make the acid gun.

(U//FOUO) THE INFORMATION CONTAINED HEREIN HAS BEEN DETERMINED BY THE FBI TO BE PERTINENT TO & WITHIN THE SCOPE OF AN AUTHORIZED LAW ENFORCEMENT ACTIVITY & SHOULD BE CONSIDERED IN THE CONTEXT OF THE ASSESSMENT OR PREDICATED INVESTIGATION TO WHICH THE INFORMATION RELATES. PARTICULAR ATTENTION SHOULD BE GIVEN TO THE AUTHORIZED PURPOSE FOR COLLECTING & RECORDING THIS INFORMATION PURSUANT TO THE ATTORNEY GENERAL'S GUIDELINES FOR DOMESTIC FBI OPERATIONS & THE DOMESTIC INVESTIGATION & OPERATIONS GUIDE. THAT PURPOSE MAY BE SET FORTH IN THE FILE'S OPENING ELECTRONIC COMMUNICATION OR OTHER RELATED DOCUMENTS.

| Status: | Approved |
| --- | --- |
| Attachments: | (U) Capture9659_581566_MW_1575065615974.png (712.5 KB) |
| | (U) Capture9660_581566_MW_1575065634070.png (813.8 KB) |

History:

| 11/29/2019 05:13:09 PM | Created Note: NTOC2019 333tkc01 E-Tip: Additional Social Media Posts by Karactus James Blome. (MW) | THOMAS CROWLEY ( CJIS ) |
| --- | --- | --- |
| 11/29/2019 05:14:12 PM | Submit note for approval | THOMAS CROWLEY ( CJIS ) |
| 11/29/2019 06:27:54 PM | Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

---

## (U//FOUO) Video and Posts from Facebook account Karactus James Blome

| Authorized Method: | Obtain publicly available information. |
| --- | --- |
| Databases checked: | Social Media |
| Description: | (U//FOUO) On 2 December 2019, SOS Cornelius obtained publicly available information from Karactus Blome's personal Facebook page UID 100001379619317. Screenshots of posts and a video can be found in the attachments. |
| Status: | Approved |
| Attachments: | (U//FOUO) Facebook Karactus James Blome_581566_MW_1575302300928.zip (54966.0 KB) |
| | Facebook posts and video from UID 100001379619317. |

History:

| 12/02/2019 10:50:30 AM | Created Note: Video and Posts from Facebook account Karactus James Blome | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| --- | --- | --- |
| 12/02/2019 11:01:17 AM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 12/02/2019 12:48:01 PM | Approve note | MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |

---

## (U) Guardian re-opened and updated baseline checks assigned

| Authorized Method: | Administrative note for informational purposes. |
| --- | --- |
| Description: | MW received an email from NTOC with new information regarding this subject so the Guardian was re-opened. |
| | On 02/24/2020, updated baseline checks were assigned to SOS Kyle Cornelius. |
| Status: | Approved |

History:

| 02/24/2020 12:55:51 PM | Created Note: Guardian re-opened and updated baseline checks assigned | MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |
| --- | --- | --- |

---

## (U) NTOC2020 055lae02 Information Regarding Karactus Blome

MORGAN_003330

Authorized
Method:

Accept voluntarily provided information by governmental or private entities.

Description:

On 02/14/2020, at 4:45:29 PM Eastern Time, ████████ Redacted ████████
████████████ Redacted ████████████
██████████ Redacted ██████████
████████ Redacted ████████ submitted an online tip to the
FBI National Threat Operations Center (NTOC) via tips.fbi.gov, regarding Karactus Blome.

Date Submitted: 02/14/2020 04:45:29 PM EST
Transaction Number: 8931E286-68A6-491D-A4B0-6C025E810666

Threat To Life: False
Submitted Text:
Has a discretion on the how to make acid throwers, who he is going to attack the
government, made private messages about how he hates the police. He state that he have
beef with the police I have it on my facebook message. Also his name on Facebook is
Karactus James Blome. (krazy K)
Violation: Mass Shootings, Bombings, Weapon of Mass Destruction, Terrorism

Violation Questions
What type of attack are you reporting?: Wanting or making threats to attack law enforcemt
What makes you believe the attack will occur? How do you know the attack will occur?:
unknow when but been buying military grade protection and weapons
Is the attack being organized by a group or individual? Are there any known associates?: law
enforcentments and government
Does this person or group have access to firearms, explosives, or any other chemical? If
so, what weapons are involved?: yes, guns, rifles, acide throwers home made from sophric
acide, miltary armor, and also a sheild.
Do you know the plan of attack(when, where, has there been any rehearsals of the attack)?:
I seen the videos on facebook, how to make these acid throwers and everything he buys
including weapons and also has a miltary sheild.

Complainant Information



Subject Information
First Name: Karactus
Middle Name:
Last Name: Bloom
Age: 27
DOB:
Additional Info: Facebook Name Karactus James Blome (Krazy K). Hangs out in Janesville
Wisconsin with his dad or at his dad house. Also been going to Janesville for Alcoholics
Anonymous,
How is Contact Known: ████████ Redacted ████████
█ Redacted █
Type: Other
Address:
City:
Zip:

Witness Information

MORGAN_003331



Additional Info: I also could get the pictures and the facebook post and the messages
whatever you guys need he lives somewhere in Janesville Wisconsin and also works at
generac in Jefferson or whitewater Wisconsin.
How is Contact Known: I am the witness



Agency Name: Rock county Sheirff Department
Report Number:
Address:
City:
Zip:

# Redacted

## Redacted

Database Queries:

Sentinel, Guardian, and DIVS queries for [Redacted] revealed zero results.

Status:        Approved
History:
02/24/2020 02:16:41 PM  Created Note: NTOC2020 055Iae02 Information  LORI EVANOSKI ( CJIS /D1-NTOC )
                         Regarding Karactus Blome
03/02/2020 09:04:39 AM  Submit note for approval           LORI EVANOSKI ( CJIS /D1-NTOC )
03/02/2020 09:24:32 AM  Approve note                       MARIA MILLER ( MILWAUKEE /MW-CT-1 )

## (U//FOUO) Contact with Janesville Police Department PO Erin Johnson

Authorized        Accept voluntarily provided information by governmental or private entities.
Method:
Description:      On February 26, 2020, TFO Pertzborn notified Janesville Police Department P/O Erin
                 Johnson that FBI JTTF (Madison) had received anonymous information that subject,
                 Karactus Blume (BLUME) has continued to post anti-government / anti police to sentiments
                 along with specific directions on how to build a homemade acid thrower. The information
                 also indicated that BLUME posts about having firearms, military grade armor and a shield.

                 TFO Pertzborn notified P/O Johnson that the FBI JTTF is going to reopen an assessment
                 into BLUME's Facebook posts and will communicate and coordinate future actions with the
                 Janesville Police Department.

                 P/O Erin Johnson notified TFO Pertzborn that she is aware that the address, 463 Glen St
                 Janesville, WI 53545, where BLUME previously resided is currently advertised for a lease.
                 P/O Johnson reported that she attempt to determine if BLUME still resides at the residence
                 and report her findings.

MORGAN_003332

| Status: | Approved |
|---|---|

History:

| 02/26/2020 03:37:48 PM | Created Note: Contact with Janesville Police Department PO Erin Johnson | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 02/26/2020 03:51:34 PM | Submit note for approval | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 02/27/2020 12:20:03 PM | Approve note | MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |

## (U//LES) Database Checks for Karactus James Blome

| Authorized Method: | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
|---|---|
| Databases checked: | Clearwater, DIVS, Guardian, Other, Photographic Web Sites, Public Search Engines, Social Media, Telephone Applications |
| Description: | (U//FOUO) SOS Cornelius conducted updated database checks for Karactus James Blome (Blome). Results are documented below and in the attachments. |

(U//FOUO) Following database were checked finding no new information or already known information: Palantir Mint, DIVS, Guardian, Basejumper, and Clearwater.

(U) Open Source -
(U//FOUO) Social media accounts were reviewed for any new derogatory information that occurred after the closing of the Guardian in December 2019.

(U) Facebook: display name Karactus James Blome (Krazy K); username krazy.karac; UID 100001379619317; URL https://www.facebook.com/krazy.karac; Intro - Mechanical Assembler at Generac Power Systems Inc.; followed by 328 people - See attachments for posts.

(U) Facebook Page: display name Karactus James Blome; username KaractusJamesBlome; UID 1805308519516523; URL https://www.facebook.com/karactusJamesBlome; 104 people follow; last post was a video on 1/6/2020 of him singing "Krazy K – Dixie's Land"

(U) Facebook Page: display name Blome Waffenkreationen – BWk; username Blome.Waffenkreationen; UID 103661114323862; URL https://www.facebook.com/ Blome.Waffenkreationen; 134 people like; 135 people follow; last post was a video on 10/5/2019 "Making guncotton"; 4 videos total; About – Products "XW-M2 Säurewerfer"

(U) Facebook: display name Karactus Blome; UID 100009428315813 – Account was not available.

(U) Facebook: display name Karactus Blome; UID 100002225551175 – Account was not available.

(U) Facebook Page: display name A New Geocentric Model; username a.new.geocentric.model; UID 1304543586357684; URL https://www.facebook.com/ a.new.geocentric.model; 132 people like; 138 people follow; created 12/1/2017; link to Google Drive: drive.google.com/file/d/18NbhfQNrOd19CYdbpB

> (U) Post 2/26/2020 – Shared article from 'Sciencephiles.com' titled "A New Theory On Time Indicates Present And Future Exist Simultaneously" with the following post "Date on the article: 2/19/2020. Date on my paper: 12/1/2017. Looks like I beat mainstream science to the punch. I'm not accusing anyone of plagiarism here. They cited different premises for why the past, present, and future exist simultaneously. I'm just amused that I came to the same conclusion first."

(U) Private Facebook Group: display name A New Geocentric Model Discussions; UID 1864709347172733; 33 members; 1 post in the last 30 days

(U) Facebook Page: display name Occupy Dummycrats; username occupy.dummycrats; UID 455884747940607; URL https://www.facebook.com/occupy.dummycrats; 1,150 people like; 1,192 people follow; active posts as of 3/1/2020

(U) SoundCloud: display name Krazy K Karactus Blome; username karactus-james-blome; URL https://soundcloud.com/karactus-james-blome – Nothing new was observed.

(U) SoundCloud: display name Karac Blome; username karac-blome; URL https:// www.souncloud.com/karac-blome; 3 followers; 1 following; 3 tracks

MORGAN_003333

(U) YouTube: display name Karactus Blome; URL https://www.youtube.com/channel/ UC62TCz6JDjwzqnY6Jq18EKg; joined 3/2/2014; 4,966 views; 49 subscribers; 38 videos; 7 playlists – 1 named "red Choir" and 1 named "Anarchist"

> (U) Video posted 12/4/2019 "How to make a gun that shoots sulfuric acid" – "So the DHS came to my house to threaten and harass my family for my last few videos sharing my inventions they fear the knowledge I have…so in this video, I share with all how my acid gun is made so any can make their own."

[Video URL https://www.youtube.com/watch?v=-4BePMOgEKw]

(U//LES) Twitter: display name Karactus Blome; username clustergeek64; UID 2937814672; URL https://twitter.com/clustergeek64 – Nothing new was observed.

(U) Twitter: display name Karactus Blome; username AlynaarDysnomia; UID 870262621110403072; URL https://twitter.com/alynaardysnomia; 9 followers; last public Tweet was 3/7/218

(U) Twitter: display name Karactus.Blome; username karactus; UID 797255653; URL https:// twitter.com/karactus – Nothing new was observed.

(U) The following books were listed on Amazon as being authored by 'Karactus J Blome":
> (U) "Magia Proelio Discordia: The Final Magnum Opiate of Alynaar the Shattered"
> (U) "Grimoire Discordia: The Magic Book of Strife"
> (U) "The Anomist Manifesto: The Magnum Opiate of the Bloodiest of all the Bloody Sundays"

Status:       Approved
Attachments:  (U) YouTube Video How to make a gun that shoots sulfuric
              acid_581566_MW_1583176516251.png (352.1 KB)
              YouTube Video How to make a gun that shoots sulfuric acid
              (U) SoundCloud Karac Blome_581566_MW_1583176541426.png (369.4 KB)
              SoundCloud Karac Blome
              (U) Facebook Karactus James Blome, Post
              2.27.2020_581566_MW_1583176567302.png (496.9 KB)
              Facebook Karactus James Blome, Post 2.27.2020
              (U) Facebook Karactus James Blome, Post 2.27.2020
              comments_581566_MW_1583176590979.png (904.9 KB)
              Facebook Karactus James Blome, Post 2.27.2020 comments
              (U) Facebook Karactus James Blome, Post 2.27.2020 comments
              x2_581566_MW_1583176610142.png (587.1 KB)
              Facebook Karactus James Blome, Post 2.27.2020 comments x2
              (U) Facebook Karactus James Blome, Post
              1.31.2020_581566_MW_1583176631959.png (379.4 KB)
              Facebook Karactus James Blome, Post 1.31.2020
              (U) Facebook Karactus James Blome, Post
              1.29.2020_581566_MW_1583176649153.png (35.8 KB)
              Facebook Karactus James Blome, Post 1.29.2020
              (U) Facebook Karactus James Blome, Post
              1.27.2020_581566_MW_1583176669433.png (238.0 KB)
              Facebook Karactus James Blome, Post 1.27.2020
              (U) Facebook Karactus James Blome, Post
              1.25.2020_581566_MW_1583176687743.png (480.4 KB)
              Facebook Karactus James Blome, Post 1.25.2020
              (U) Facebook Karactus James Blome, Post
              1.16.2020_581566_MW_1583176709570.png (12.6 KB)
              Facebook Karactus James Blome, Post 1.16.2020
              (U) Facebook Karactus James Blome, Post
              1.6.2020_581566_MW_1583176726394.png (17.4 KB)
              Facebook Karactus James Blome, Post 1.6.2020

History:
03/02/2020 01:25:01 PM Created Note: Database Checks for Karactus    KYLE CORNELIUS ( MILWAUKEE /MW-
                       James Blome                                   CT-1 )
03/02/2020 03:14:14 PM Submit note for approval                      KYLE CORNELIUS ( MILWAUKEE /MW-
                                                                     CT-1 )
03/02/2020 03:52:42 PM Approve note                                  MARIA MILLER ( MILWAUKEE /MW-CT-1 )

MORGAN_003334

## (U//FOUO) Wisconsin Crime Alert-Officer Safety

| | |
|---|---|
| Authorized Method: | Administrative note for informational purposes. |
| Description: | On March 10, 2020, TFO Pertzborn coordinated with Janesville Police Department to distribute a geographically targeted officer safety alert / notification concerning Karactus Blome's recent postings, through the Wisconsin Statewide Intelligence Center. The alert/ notification was distributed to law enforcement agencies in southeastern area of Wisconsin. |
| Status: | Approved |

History:

| | | |
|---|---|---|
| 03/11/2020 02:07:26 PM | Created Note: Wisconsin Crime Alert-Officer Safety | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 03/11/2020 02:37:50 PM | Approve note | MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Open Source Check

| | |
|---|---|
| Authorized Method: | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
| Databases checked: | Social Media |
| Description: | (U//FOUO) On 20 March 2020, SOS Cornelius reviewed Karactus Blome's personal Facebook 'Karactus James Blome' (UID 100001379619317) for any new derogatory information. Two postings were identified below:

> (U) Post 3/7/2020 - "Afternoon folks! Just came from a gun show and I got myself a new handgun. It's a Ruger Super Blackhawk .44 Magnum single action revolver." Photo is Karactus holding a handgun.

> (U) Post 3/7/2020 "Name a problem that can be solved by the expenditure of ammunition." Comments on the post included "Gun cops", "Politics", "Government", etc.

[Writer's Note: Guardian note would not accept attachments due to size limitations. EC was put to the Sentinel backing file which will contain the screenshots in the 1A portion.] |
| Status: | Approved |

History:

| | | |
|---|---|---|
| 03/20/2020 03:53:52 PM | Created Note: Open Source Check | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 03/20/2020 04:25:54 PM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 03/23/2020 09:19:58 AM | Approve note | MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Open Source Checks

| | |
|---|---|
| Authorized Method: | Obtain publicly available information. |
| Databases checked: | Social Media |
| Description: | (U//FOUO) Between 13 April 2020 and 15 April 2020, SOS Cornelius reviewed Karactus Blome's personal Facebook account (UID 100001379619317); the results are documented below and in the attachments.

(U) On 11 April 2020, Blome posted a video of him shooting firearms at a range with the caption "Finally got to shoot my guns today. Yay!". The video was 14:51 minutes, and as of 15 April 2020 had 143 views, 55 reactions, 23 comments, and 3 shares. In the comments Blome said the range he was at was the "Milford Trading Post in Johnson Creek", which is likely Milford Hills Trading Post, address W5670 French Rd., Johnson Creek, WI 53038.

(U) Screenshots were taken showing Blome firing two different firearms in the video. Both firearms are owned by Blome and have been documented previously in the Guardian. Due to size limitations, screenshots could not be uploaded, therefore, a separate EC will be written to the Sentinel backing file. |
| Status: | Approved |

History:

| | | |
|---|---|---|
| 04/15/2020 11:15:59 AM | Created Note: Open Source Checks | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 04/15/2020 11:29:26 AM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 04/15/2020 11:45:04 AM | Recall note | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |

MORGAN_003335

| | | |
|---|---|---|
| 04/15/2020 11:45:43 AM Submit note for approval | | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 04/15/2020 12:26:16 PM Approve note | | TORI GASKILL ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Open Source Checks 16 April through 20 April 2020

| | |
|---|---|
| Authorized Method: | Obtain publicly available information. |
| Databases checked: | Social Media |
| Description: | (U//FOUO) On 20 April 2020, IA Marcino reviewed identified social media accounts for the subject for derogatory information from 16 April 2020 to 20 April 2020. Due to size limitations, the attachments to this note are available in 369C-MW-3165827, serial 11. |

(U) Faceboook UIDs

(U) 100001379619317
>>(U) On 15 April 2020, Blome posted he used his COVID-19 stimulus check to purchase an AK-47 semi-automatic rifle. (Analyst note. It is unknown how he procured the firearm.)
>>(U) On 18 April 2020, Blome posted a video of his stockpile of ammunition and two firearms.
(U) 455884747940607 – No new related threatening posts
(U) 100009428315813 – Not available
(U) 100002225551175 – Not available
(U) 1805308519516523 – Not available
(U) 1304543586357684 – No new related threatening posts
(U) 103661114323862 – No new related threatening posts
(U) 1864709347172733 – No new posts.

(U) YouTube
>> (U) Karactus Blome https://www.youtube.com/channel/UC62TCz6DjwzqnY6Jq18EKg - No new videos.

(U) Twitter
>>(U) @Alynaardysnomia, UID 870262621110403072 - No new Tweets.
>>(U) @karactus, UID 797255653 - No new Tweets.

| | |
|---|---|
| Status: | Approved |
| History: | |

| | | |
|---|---|---|
| 04/20/2020 04:52:39 PM Created Note: Open Source Checks 16 April through 20 April 2020 | | KALI MARCINO ( MILWAUKEE /MW-IN-2 ) |
| 04/22/2020 09:06:40 AM Submit note for approval | | KALI MARCINO ( MILWAUKEE /MW-IN-2 ) |
| 04/22/2020 09:28:29 AM Approve note | | MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |

## (U//FOUO) Review of Facebook Account Karactus James Blome

| | |
|---|---|
| Authorized Method: | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
| Databases checked: | Social Media |
| Description: | (U//FOUO) On 12 May 2020, SOS Cornelius reviewed Karactus Blome's personal Facebook account 'Karactus James Blome' (User ID 100001379619317); results are documented below and in the Sentinel case file. |

> (U) 6 May 2020, post with photo: "Got me a couple 75 round drums for the AK I'm picking up tomorrow. This is gonna be badass." Photo is presumably the 75 round drums the post is referring to. Post had 11 comments and 31 reactions.

> (U) 7 May 2020, post with photo: "Good afternoon guys!" Photo was Karactus sitting in his bedroom holding an AK while smoking. Post had 17 comments and 76 reactions.

> (U) 9 May 2020 post with video: "This was a great way to spend my birthday." Video was Karactus shooting an AK at a gun range.

> (U) 10 May 2020, post: "Summary of my range experience yesterday: Tried sighting in my Turkish Gewehr 98 but no go. I can't to save my life. It's a lost cause. The Turks fucked up when converting it to their 1938 standard. My new plan is to replace the sight entirely. I might re-Germanize it and put the original sight on it, or I might opt to go with a totally modern sight. I don't know yet. At least I know my AK shoots and that's the important part. I can

MORGAN_003336

work on my form when shooting and I can sight it in on my next range trip. I'm dead on with my .44 Magnum though. If that was a man-sized target, that would be a dead man. I got at least 3 directly in the bullseye and a bunch in the red (just outside the bullseye)." Post had 1 comment and 9 reactions.

Status:       Approved

History:

| | | | |
|---|---|---|---|
| 05/12/2020 02:29:47 PM | Created Note: Review of Facebook Account Karactus James Blome | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 05/12/2020 02:57:31 PM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 05/12/2020 04:06:20 PM | Recall note | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 05/12/2020 04:08:05 PM | Submit note for approval | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 05/12/2020 05:25:37 PM | Approve note | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |

## Assessment Review

Status:       Reviewed
User:         PATRICK HUTCHINSON
Date:         Dec 11, 2019 1:28:33 PM

## Referrals

Has this matter   No
been referred
to OGA/State/
Local?

## Disposition

### (U//FOUO) Disposition

Note:          TFO Pertzborn has conducted a thorough review of material
               posted online by subject, Karactus Blome and determined
               that the material is not in violation of federal or state law. TFO
               Pertzborn has communicated with Janesville Police Mental
               Health Officer Erin Johnson concerning Blome's online postings.

Disposition:   This Assessment does not warrant further investigation at this
               time

It is noted that the individual or group identified during the Assessment does not warrant further FBI investigation at this time. Any dissemination of information from this Assessment regarding the individual or group identified must include an appropriate caveat with the shared information. It is recommended that this Assessment be closed.

## Workflow

| | | | |
|---|---|---|---|
| 09/03/2019 02:36:21 PM | Imported Incident from EGUARDIAN | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | ( MILWAUKEE ) |
| 09/03/2019 02:36:21 PM | Submitted Imported Incident | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | ( MILWAUKEE ) |
| 09/03/2019 03:00:07 PM | Incident assigned | Assigned By: | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 09/03/2019 03:07:15 PM | Incident assigned for pre-assessment Please conduct pre-assessment queries. Information provided by reporting officer in Word document. | Assigned By: | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 09:14:26 AM | Incident submitted from pre-assessment | Assigned By: | KYLE CORNELIUS ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 10:24:06 AM | Change incident program Primary concern is subject's experimentation with and use of various chemicals for nefarious purposes. | Assigned By: | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 09/11/2019 10:38:41 AM | Incident opened | Assigned By: | CHAD PIONTEK ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |

MORGAN_003337

| | | |
|---|---|---|
| 10/11/2019 09:11:22 AM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment and documented below. The assigned FBI Employee is making sufficient progress toward achieving the authorized purpose and objective. The assigned FBI Employee's investigative methods were appropriate during the last 30 days. A 30 day extension is warranted as it is reasonably likely that information will be obtained that is relevant to the authorized objective. At this time, adequate predication does not exist to justify opening a predicated investigation. Therefore, an additional 30 days is authorized and justified for the captioned assessment. | Assigned By: TORI GASKILL ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 11/06/2019 05:16:43 PM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment and documented below. The assigned FBI Employee is making sufficient progress toward achieving the authorized purpose and objective. The assigned FBI Employee's investigative methods were appropriate during the last 30 days. A 30 day extension is warranted as it is reasonably likely that information will be obtained that is relevant to the authorized objective. At this time, adequate predication does not exist to justify opening a predicated investigation. Therefore, an additional 30 days is authorized and justified for the captioned assessment. | Assigned By: CHAD PIONTEK ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 12/09/2019 03:17:09 PM | Incident submitted for closure | Assigned By: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 12/11/2019 09:58:13 AM | Incident Closed | Assigned By: MARIA MILLER ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 12/11/2019 01:28:33 PM | Incident Reviewed | Assigned By: PATRICK HUTCHINSON ( WMD DIRECTORATE /WMD-RU )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 02/24/2020 12:44:35 PM | Incident reopened | Assigned By: MARIA MILLER ( MILWAUKEE /MW-CT-1 )<br>Assigned To: MARIA MILLER ( MILWAUKEE /MW-CT-1 ) |
| 02/24/2020 12:45:28 PM | Reassign user | Assigned By: MARIA MILLER ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 03/24/2020 12:13:33 PM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment and documented below. The assigned FBI Employee is making sufficient progress toward achieving the authorized purpose and objective. The assigned FBI Employee's investigative methods were appropriate during the last 30 days. A 30 day extension is warranted as it is reasonably likely that information will be obtained that is relevant to the authorized objective. At this time, adequate predication does not exist to justify opening a predicated investigation. Therefore, an additional 30 days is authorized and justified for the captioned assessment. | Assigned By: MARIA MILLER ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 04/24/2020 09:35:06 AM | 30 day review performed<br>In accordance with the DIOG, a 30 day justification review was conducted for the captioned assessment and documented below. The assigned FBI Employee is making sufficient progress toward achieving the authorized purpose and objective. The assigned FBI Employee's investigative methods were appropriate during the last 30 days. A 30 day extension is warranted as it is reasonably likely that information will be obtained that is relevant to the authorized objective. At this time, adequate predication does not exist to justify opening a predicated investigation. Therefore, an additional 30 days is authorized and justified for the captioned assessment. | Assigned By: MARIA MILLER ( MILWAUKEE /MW-CT-1 )<br>Assigned To: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 ) |
| 05/13/2020 04:08:56 PM | Incident submitted for closure | Assigned By: JAMES PERTZBORN JR ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |
| 05/13/2020 04:15:04 PM | Incident Closed<br>No identified threat to National Security at this time. The subject appears to suffer from mental illness. Local PD has been notified and they are aware of the subject. Local PD will continue to monitor the subject and will notify FBI if they need assistance. | Assigned By: TORI GASKILL ( MILWAUKEE /MW-CT-1 )<br>Assigned To: ( MILWAUKEE /MW-CT-1 ) |

MORGAN_003338

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Generated: 07/22/2022 3:08 PM EDT

## Incident Summary

843753_MW(U//FOUO) NTOC2022 Manufacturing of Sulfuric Acid Bombs by Karactus Blome in White Water, WI. (MW)



| Karactus James Blome | 843753_MW | (U) Unknown |
|---|---|---|
| HQ-CTD-519-III-22 | Status: Closed (on 07/22/2022) Pending PM Review | Unknown |
| (U//FOUO) All Other Domestic | This Report or Assessment | |
| Terrorism Threats | resulted or will result in a new PI/FI | |

(U//FOUO) Karactus James Blome (Approx. Age 29)

Subject Type: Main

Locations: (U//FOUO) 291 North Fraternity Lane #209 White Water Wisconsin 53190
Other
291 North Fraternity Lane #209
White Water, Wisconsin 53190
42.8391, -88.7523

### Program Measures

| 5 Day Draft Measure | 5 Day Action Measure | 180 Day Measure |
|---|---|---|
| 1 | 1 | 8 |

| Mitigation | | |
|---|---|---|
| ☐ | ☐ | ☐ |

### Counterterrorism

Type 1/Type 2

| | |
|---|---|
| Threat to Life: | No |
| Report Type: | Suspicious Activity |
| Activity Type: | Other |
| Program: | DTOS/DTOU |
| Observed: | 07/08/2022 09:22:27 AM |
| Time Zone: | GMT -05:00 |
| Receipt Method: | Telephone |
| Reported By: | Adam Vander Steeg |
| eGuardian ID: | DCFBIWAE1-2022-19262 |
| Field Office: | MILWAUKEE |
| Assigned Squad: | MW-CT-1 |
| Approver(s): | MW-CT-1 Supervisors |
| Report Creator: | eG eGuardian |
| Report Owner: | JUSTIN MOSIMAN |
| Authorized Purpose: | To determine if identified subject is a threat to national security and/or is producing chemical weapons for use in a crime of violation or production that is in violation of federal law. |
| Case Access: | Unrestricted |
| Sentinel Case: | 2660-MW-3829238 |

### Baseline Collection
Database/Resource Queries

| Date Last Checked | Database |
|---|---|
| 07/20/2022 | BaseJumper |
| 07/20/2022 | BusinessFilings |
| 07/20/2022 | Clearwater |
| 07/20/2022 | DIVS |
| 07/20/2022 | DMV |

### Baseline Collection Plan
Authorized Methods Utilized

| Date Last Checked | Technique Utilized |
|---|---|
| 07/20/2022 | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
| 07/09/2022 | Administrative note for informational purposes. |
| 07/22/2022 | Obtain publicly available information. |

MORGAN_001298



| 07/20/2022 | DWS |
| 07/20/2022 | DaLas |
| 07/20/2022 | Guardian |
| 07/20/2022 | IC3 |
| 07/20/2022 | NCIC |
| 07/20/2022 | NCTC Current |
| 07/20/2022 | NGIC BI2R |
| 07/20/2022 | NSA Pulse |
| 07/20/2022 | OnDec |
| 07/20/2022 | Other |
| 07/20/2022 | Photographic Web Sites |
| 07/20/2022 | Public Search Engines |
| 07/20/2022 | Sentinel |
| 07/22/2022 | Social Media |
| 07/20/2022 | TIDE |
| 07/20/2022 | TIPS |
| 07/20/2022 | Telephone Databases |
| 07/20/2022 | Web Crawlers |

Baseline Complaint ☐

Baseline Complaint ☐

(U//FOUO) On 07/08/2022, at 9:22 a.m. Eastern Time, **Redacted** **Redacted** cellular telephone number **Redacted** called the FBI National Threat Operations Center (NTOC) to report the manufacturing of sulfuric acid bombs by Karactus Blome in White Water, WI.

**Redacted** provided the following information:

**Redacted** Karactus James Blome, 05/09/1993, 291 North Fraternity Lane #209 White Water WI, 53190 recently moved from Janesville, WI to White Water, WI. **Redacted** was informed the FBI was watching Blome when he lived in Janesville.

**Redacted** is concerned due to recent Instagram and YouTube videos posted which depict large drums of ammo, fully automatic weapons and a flame thrower. Blome also speaks of making sulfuric acid bombs.

**Redacted** believes Blome was convicted of domestic violence in Illinois and has a history of mental illness. Blome has two vehicles registered to him, a 2000 Ford Ranger with license plate TF4493 and a 1996 Honda Accord with license plate AJN9507. Blome works at Generac, which is a large manufacturing plant that produces generators.

**Redacted** requested someone with the FBI reach out to him in regards to an email he would like to send. He also would like confirmation Blome is being watched by the FBI.

Database Queries:

A TIPS query for Karactus Blome revealed five results.
A Guardian query for "Karactus Blome" revealed five results, all to the MW FO regarding closed Guardians 581566 and 637013.
A Sentinel query for "Karactus Blome" revealed 73 results, 69 to the MW FO regarding case XXXX-MW-3165827.
A DIVS query for Karactus Blome revealed six results, zero to the MW FO.
A Lexis-Nexis query for Karactus Blome revealed Karactus James Blome, 847-358-4807, SSN 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, LexID 194658653347, probable current address 1517 N Oak St, Palatine, IL 60067.
A NCIC query for Karactus Blome revealed positive NCIC results, see attachment.
An Open Source query for YouTube - Karactus Blome revealed see attachments.
An Open Source query for Instagram - Karactus Blome revealed resolves to log in page.

A Guardian query for **Redacted** revealed no results.
A Sentinel query for **Redacted** revealed seven results, all to the MW FO.
A DIVS query for **Redacted** revealed four results all to the MW FO. Open Source

**Subjects**

MORGAN_001299

## (U//FOUO) Karactus James Blome (Approx. Age 29)

| | |
|---|---|
| Subject Type: | Main |
| Locations: | (U//FOUO) 291 North Fraternity Lane #209 White Water Wisconsin 53190 |
| | Other |
| | 291 North Fraternity Lane #209 |
| | White Water, Wisconsin 53190 |
| | 42.8391, -88.7523 |

### Victim, Complainants, and Other Persons

| | |
|---|---|
| (U//FOUO) | Redacted |
| Contact Information: | (U//FOUO)  Redacted |

### Locations

**(U) Untitled**
Other

NaNNaN

### Attachments

Blome YouTube 2.JPG

Contents of Submission

Blome YouTube 4.JPG

Blome YouTube 3.JPG

Blome YouTube.JPG

Aggravated Assault with a Weapon

### Links

## Links From 843753_MW

(U)  581566_MW Homemade Weapons and Potential Sales from Self-Described Anarchist

(U)  637013_MW Armed Anarchist Explosives Manufacturer Possibly Trying to Incite LE Confrontation

### Investigative Notes

## (U) Incident Behaviors from eGuardian

| | |
|---|---|
| Description: | Other |
| Status: | Approved |
| History: | |
| 07/08/2022 11:11:12 AM Imported note from EGUARDIAN | eG eGuardian ( GMU /SAR ) |

## (U)  Redacted

| | |
|---|---|
| Description: | Law Enforcement: Yes |
| | Protected: No |
| Status: | Approved |
| History: | |
| 07/08/2022 11:11:12 AM Imported note from EGUARDIAN | eG eGuardian ( .GMU /SAR ) |

## (U) Selected NTOC/TIPS Field Office/Squad for Routing

| | |
|---|---|
| Description: | Selected Field Office/Squad: CJIS/D1-NTOC1 |
| Status: | Approved |
| History: | |
| 07/08/2022 11:11:12 AM Imported note from EGUARDIAN | eG eGuardian ( GMU /SAR ) |

## (U) Blome, Karactus

MORGAN_001300

Description:   Birth Date Range Begin: 1993-MAY-9

Status:   Approved
History:
07/08/2022 11:11:12 AM Imported note from EGUARDIAN          eG eGuardian ( GMU /SAR )

## (U) Incident additional information

Description:   Submitting Organization Details
              ORI: DCFBIWAE1
              Name: National Threat Operations Center (FBI NTOC)
              Phone: Local FBI Office
              Phone 2: 304-625-0990
              Phone 3: DCFBIWAE1
              Agency Name 1: Federal
              Agency Name 2: Contact Local FBI Office
              Agency Name 3: National Threat Ops. Center
              Street Number: 1000
              Street Name: Custer Hollow Road
              City: Clarksburg
              State: WV
              Country: USA
              Zip Code: 26306

              Incident Author Information
              ORI: DCFBIWAE1
              Email: DRRODAVICH@FBI.GOV
              Email: DRRODAVICH@FBI.GOV
              Phone: 304-625-3755
              Last Name: Rodavich
              First Name: Danielle

              Police Report: PALM:d5v1y2xr.637928895398061623
              Created Timestamp: 2022-07-08T11:05:42.306
              Modified Timestamp: 2022-07-08T11:05:42.302
Status:   Approved
History:
07/08/2022 11:11:12 AM Imported note from EGUARDIAN          eG eGuardian ( GMU /SAR )

## (U) Pre-assessment checks

Authorized   Administrative note for informational purposes.
Method:
Description:   Pre-assessment checks assigned to SOS Ganzenmuller.
Status:   Completed
History:
07/09/2022 02:29:15 PM Created Note: Pre-assessment checks          JESSICA KRUEGER ( MILWAUKEE /MW-
                                                                    CT-1 )

## (U//LES) Database Checks for Karactus Blome

Authorized   Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.
Method:
Databases   BaseJumper, BusinessFilings, Clearwater, DaLas, DIVS, DMV, DWS, Guardian, NCIC,
checked:   Other, Photographic Web Sites, Public Search Engines, Social Media, TIDE, Web Crawlers,
              Sentinel, IC3, OnDec, Telephone Databases, TIPS, NCTC Current, NGIC Bi2R, NSA Pulse
Description:   (U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document
              is the property of FBI and may be distributed within the Federal Government (and its
              contractors), US intelligence, law enforcement, public safety or protection officials and
              individuals with a need to know. Distribution beyond these entities without FBI authorization
              is prohibited. Precautions should be taken to ensure this information is stored and/or
              destroyed in a manner that precludes unauthorized access. Information bearing the LES
              caveat may not be used in legal proceedings without first receiving authorization from the
              originating agency. Recipients are prohibited from subsequently posting the information
              marked LES on a website or an unclassified network.

              (U) Wisconsin Photograph Disclaimer: This photograph is subject to the requirements and
              restrictions of section 165.8287 of the Wisconsin Statutes. The photograph shall not be

MORGAN_001301

used for any purpose other than the administration of criminal justice or traffic enforcement.
Secondary dissemination is prohibited and the photograph shall be destroyed when no
longer necessary for the purpose requested. The photograph shall not be used as part of a
photo lineup or photo array.

(U) On 20 July 2022, SOS Ganzenmuller completed database checks for Karactus James
Blome. The results are documented below and in the attachments.

(U) Name: Karactus James Blome
(U) DOB: 5/9/1993
(U) SSN: 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
(U) DL Number/Confidential ID Number: B450-5109-3169-01
(U) Address: 291 North Fraternity Lane #209 White Water WI, 53190 (Guardian)
(U) Telephone Number(s): (847) 358-4807 (Accurint) and (608) 352-5622 (CLEAR)
(U) Email Addresses: hounddowg1@gmail.com, kaiser_wilhelm_i@ymail.com,
kblome@jimmyjohns.com (Accurint), and kblome@sure-staff.com (CLEAR)

(U) Employment: Assembler at Generac Power Systems (LinkedIn)

(U//FOUO) CLEAR/Accurint: Reports attached

(U) State ID Number(s): IL30312581
(U) FBI Number: 726XC006R

(U) Criminal History: Aggravated assault (2016) and firearms restricted as a result of the
2016 arrest.

(U) Registered Vehicles:
BLOME KARACTUS JAMES
291 N FRATERNITY LN # 209
WHITEWATER, WI 53190-1250
DOB: 05-09-1993

YEAR: 2000 MAKE: FORD VIN: 1FTYR10V7YTA58238
TYPE: TRUCK STYLE: PICKUP MODEL: RANGER
MAJOR COLOR: BLACK
PLATE: TF4493\LTK\LTK
GROSS WEIGHT: 4500
PERIOD: ANNUAL
EXPIRATION DATE: 04-30-2023

YEAR: 1996 MAKE: HOND VIN: 1HGCD5636TA063426
TYPE: AUTOMOBILE STYLE: SEDAN MODEL: ACCORD
MAJOR COLOR: WHITE
PLATE: AJN9507\AUT\AUT
PERIOD: ANNUAL
EXPIRATION DATE: 02-05-2023

(U//FOUO) DIVS:
> (U) Experian results from 2 February 2021 listed Patricia M Calab as the subscriber of
(847) 358-4807.
> (U) Experian results from 27 December 2021 listed Donald Marinoff as the subscriber of
(847) 358-4807.

(U//FOUO) Sentinel/Guardian:
> (U) Blome was the subject of Guardian 637013_MW from April 2020. A tip on Blome
included the statement, "I have seen him on Facebook posting weapons, radicalized ideas
and manifestos." The tip also claimed Blome was a "self-described anarchist".
> (U) Blome was the subject of Guardian 581566_MW from May 2020. Blome was reportedly
posting anti-government videos and selling sulfuric acid throwers. Related file 369C-
MW-3165827 contained interviews providing additional context for current Guardian
843753_MW, including Blome contacting the case agent for Guardian 581566_MW.

(U//FOUO) CFR: Checked on 20 July 2022
(U//LES) OnDec: Checked on 19 July 2022
(U//FOUO) NDEX:

MORGAN_001302

> (U) Results related to Blome's aggravated assault arrest and multiple incidents related to the possession of marijuana.
> (U) In 2018, Blome was the victim of aggravated battery by his ex-girlfriend's boyfriend, [Redacted] His ex-girlfriend's name was Ariel R. Barr [Reda] 1994).

(U//FOUO) TIPS:
>> (U) Two tips from [Redacted] in 2020 related to Blome purchasing supplies supposedly for a flamethrower. [Redact] alleged Blome responded to the comment "Don't blow anyone up" by saying "That's the intention – just kidding".
>> (U) Three tips from [Redacted] in January and February 2020. [Redacte] claimed Blome private messaged him about disliking police and that Blome made claims that he would be going after law enforcement and attacking the government.

(U//FOUO) Firearms and Explosives Denials: Negative

(U//LES) Open source research identified the following:
> (U//LES) (608) 352-5622 was associated with an Amazon account.
> (U//LES) hounddowg1@gmail.com was associated with SoundCloud, Google (UID: 100265481739709623566; display photo was of Karactus Blome), Amazon, Twitter, and Coinbase accounts.
> (U//LES) Username Hounddowg1 was possibly associated with a Steam account.
> (U//LES) Username Kaiser_wilhelm_i was possibly associated with Instagram, Reddit, GaiaOnline, and Kik accounts.
> (U//LES) Kaiser_wilhelm_i@ymail.com was associated with Google (UID: 100749039787209177557), Amazon, and SoundCloud accounts.

(U) Social Media Accounts: Instagram, LinkedIn, Twitter, and YouTube (Open Source)

(U) Instagram
> (U) Display Name: Karactus James Blome
> (U) UID: 41124491714
> (U) URL: Instagram.com/karactusblome
> (U) Details: In one video of a mostly empty apartment, Blome refered to a pump action shotgun and semi-automatic rifle as his dad's guns (his father passes away in April 2021). He had several videos showing firearms and assortment of other weapons (tomahawks, swords, etc.). His Instagram included several posts of memes showing expressing his dissatisfaction with the government and repeatedly stated taxation is theft, and believes in government conspiracies, including conspiracies about the events on 9/11/2001. Also a sword with Norse Ruin writing, possibly the Younger Futhark alphabet. A post from 17 May 2022 showed a grade report from UWW.edu (University of Wisconsin – Whitewater).
>> A video from 19 September 2021 showed Blome describing his plan to assemble a 7.62cm cannon, mass produce them, and sell them from $1,000-$1,500 with the intent of making "artillery available to the common man".
> (U) Note: Due to file size limitations, some of the Instagram videos will be included in a separate serial to the backing file - 266O-MW-3629238 .

(U) LinkedIn
> (U) Display Name: Karactus Blome
> (U) URL: Linked.com/in/karactus-blome-a89224aa
> (U) Details: The profile listed the user's location as Janesville, WI and their employment as Assembler at Generac Power Systems, Inc. The profile photo appeared similar to Blome's DL photo but was inconclusive due to the angle and the addition of a beard. Additionally, previous education included attending the University of Wisconsin-Whitewater in 2021 for Chemistry, Harper College for Physical Sciences and Liberal Arts from 2011-2014, and attending Buffalo Grove High School from 2007-2011.

(U) LinkedIn
> (U) Display Name: Karactus Blome
> (U) URL: Linkedin.com/in/karactus-blome-b0984a56
> (U) Details: The profile listed the user's location as Wheeling, Illinois, which was listed as a historical location on the Blome's other LinkedIn. The profile claimed the user was a student as Harper College. No other content was visible.

(U) Twitter
> (U) Display Name: Karactus Blome
> (U) UID: 870262621110403072
> (U) URL: Twitter.com/AlynaarDysnomia

MORGAN_001303

> (U) Details: A post from 1 June 2017 showed Blome holding a sign with the Anarchist A symbol saying "TELL YOUR CORRUPT GOVERNMENT TO FUCK OFF!!!".

(U) Twitter
> (U) Display Name: Karactus Blome
> (U) UID: 2937814672
> (U) URL: Twitter.com/clustergeek64
> (U) Details: The profile photo appeared to be a match for Blome. The most recent post was 2015. A post from 22 December 2014 alleges the government kidnaps, harasses, steals from, and kills people.

(U) Twitter
> (U) Display Name: Karactus.Blome
> (U) UID: 797255653
> (U) URL: Twitter.com/karactus
> (U) Details: The profile photo appeared to be of Blome in a WWII uniform, likely German.

(U) YouTube
> (U) Display Name: Karactus Blome
> (U) Channel ID: UC62TCz6JDjwzqnY6Jq18EKg
> (U) URL: Youtube.com/channel/ UC62TCz6JDjwzqnY6Jq18EKg
> (U) Details: In a YouTube video posted on 31 August 2015, Blome used a hatchet to break apart a box and it included the caption "Just an anarchist having fun with his new toy lol". He had several music videos expressing anger towards teachers, former places of employment, and the government. He had several videos from playing video games where he intentionally targets law enforcement in the game. The caption to one video of a video game stated, "This video was made to demonstrate why need to ban assault vehicles. Why do you need a vehicle that goes more than 20 miles per hour? Obviously just for running down all the pedestrians straight down the sidewalk." Another video game video was titled "Fuck the Police" and included the background song "Kill all the Cops" and showed his game character killing police. An additional video game video showed the subject shooting police in the game and was titled "Slaughter all the pigs" and included the caption "Killing cops"..

(U) Public Search Engines:
> (U) Blome authored multiple books that are available on Amazon.
>> The Proletarianist Manifesto (2012)
>> The Proletarianist Manifesto: Second Edition (2012)
>> A Day for the Workers (2012)
>> My Dream (2013)
>> Proletarianist Manifesto: 3rd English Edition (2014)
>> Magia Proelio Discordia: The Final Magnum Opiate of Alynaar the Shattered (2017)
>> The Anomist Manifesto: The Magnum Opiate of the Bloodiest of all the Bloody Sundays" (2017)
>> Grimoire Discordia: The Magic Book of strife (2017)

> (U) Goodreads.com listed Blome as the author of two additional books to those on Amazon (See attached).
>> (U) URL: goodreads.com/author/show/7977437.Karactus_Blome
>> (U) The Anomist Manifesto: The Magnum Opiate of the Bloodiest of All the Bloody Sundays by Karactus Blome
>>> (U) An image containing the description of this book attached, but includes "This book is an argument for societal chaos, straight up."
>> (U) Grimoire Discordia: The Magic Book of Strife by Karactus Blome (image of the description attached)

> (U) Blome was listed as the creator of a flag published on commons.wikimedia.org (page attached; URL: www.commons.wikimedia.org/wiki/File:Hammer_and_Gear_Flag.jpg).
> (U) Karactus Blome was listed in the obituary for Gregory John Raines (father), who passed away on 2 April 2021.

> (U) SoundCloud: display name Krazy K Karactus Blome; username karactus-james-blome; URL https://soundcloud.com/karactus-james-blome; 10 followers; 0 following; 8 tracks

(U) Web Crawlers: Spokeo results attached

(U) The following databases yielded negative results or already known information:

MORGAN_001304

(U) Photographic Websites
(U//FOUO) Clearwater or Scales of Justice
(U//FOUO) DaLas
(U//FOUO) DWS
(U//FOUO) NCTC Current
(U) Business Filings/Business affiliations
(U//FOUO) IC3
(U) WI CCAP
(U//LES) TECS


(U//FOUO) The provided threat information did not contain relevance or justification to
search the following databases:
(U//FOUO) Basejumper
(U//FOUO) NGIC BI2R
(U//FOUO) NSA Pulse
(U//FOUO) TIDE

(U) Note: Wisconsin does not maintain an accessible firearms database.

Status:        Approved
Attachments:   (U) Blome Vehicles_843753_MW_1658320381479.txt (1.5 KB)

               (U) Blome.Karactus CHRI DL Info_843753_MW_1658320382016.txt (6.8 KB)

               (U) Blome.Karactus FBI #_843753_MW_1658320382561.txt (7.0 KB)

               (U) Blome.Karactus IL SID_843753_MW_1658320383081.txt (6.5 KB)

               (U) Blome.Karactus_843753_MW_1658320383624.jpg (12.9 KB)

               (U) BLOMETAG1_843753_MW_1658320384270.pdf (215.5 KB)

               (U) BLOMETAG2_843753_MW_1658320384858.pdf (215.2 KB)

               (U) Photo Disclaimer_843753_MW_1658320385448.pdf (6.0 KB)

               (U) K._Blome_-_CLEAR_843753_MW_1658320386110.pdf (435.3 KB)

               (U) K._Blome_-_Accurint_843753_MW_1658320387095.pdf (1106.9 KB)

               (U//LES) Open source_843753_MW_1658322627792.zip (4816.2 KB)

               Open source results
               (U) Amazon_843753_MW_1658322628719.zip (560.5 KB)

               (U) Twitter_843753_MW_1658322629427.zip (95.4 KB)

               (U) YouTube_843753_MW_1658322635308.zip (20301.1 KB)

               (U) Instagram - Images_843753_MW_1658322636415.zip (1055.8 KB)

               (U) Instagram videos 1_843753_MW_1658326470897.zip (102265.8 KB)

History:

| Date/Time | Action | Person |
|---|---|---|
| 07/20/2022 08:31:11 AM | Created Note: Database Checks for Karactus Blome | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/20/2022 09:26:03 AM | Submit note for approval | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/20/2022 09:35:56 AM | Recall note | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/20/2022 09:36:25 AM | Submit note for approval | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/20/2022 10:11:09 AM | Recall note | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/20/2022 10:14:59 AM | Submit note for approval | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/20/2022 11:23:42 AM | Approve note | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |

## (U) YouTube Video

Authorized       Obtain publicly available information.
Method:
Databases        Social Media
checked:
Description:     On 12 March 2022, Karactus Blome posted a video to his YouTube channel (see previous
                 note for channel information) of him showing how to build a flamethrower and wearing a
                 completed flamethrower.
Status:          Approved
Attachments:     (U) YouTube - Flamethrower_843753_MW_1658499812317.mp4 (35612.8 KB)

MORGAN_001305

History:

| | | |
|---|---|---|
| 07/22/2022 10:20:14 AM | Created Note: YouTube Video | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/22/2022 10:24:43 AM | Submit note for approval | DANIEL GANZENMULLER ( MILWAUKEE /MW-CT-1 ) |
| 07/22/2022 11:47:26 AM | Approve note | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |

## Interviews and Attached 302s

### Subject Interview(s)

Interviewed:   No
Justification:   Conversion to full investigation 266O-MW-3629238

## Referrals

Has this matter   No
been referred
to OGA/State/
Local?

## Disposition

### (U) Disposition

Note:
Investigation Type:   Full
Disposition:   This Report or Assessment resulted or will result in a new PI/FI

Note: Conversion to full investigation 266O-MW-843753

## Workflow

| | | | |
|---|---|---|---|
| 07/08/2022 11:11:12 AM | Imported Incident from EGUARDIAN | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | ( CJIS /D1-NTOC1 ) |
| 07/08/2022 11:11:12 AM | Submitted Imported Incident | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | ( CJIS /D1-NTOC1 ) |
| 07/08/2022 11:11:12 AM | Incident assigned for pre-assessment | Assigned By: | eG eGuardian ( GMU /SAR ) |
| | | Assigned To: | DANIELLE RODAVICH ( CJIS /D1-NTOC1 ) |
| 07/08/2022 11:21:46 AM | Incident submitted from pre-assessment | Assigned By: | DANIELLE RODAVICH ( CJIS /D1-NTOC1 ) |
| | | Assigned To: | ( CJIS /D1-NTOC1 ) |
| 07/08/2022 11:28:50 AM | Reserve Incident | Assigned By: | JEFFREY MILLER ( CJIS /D1-NTOC1 ) |
| | | Assigned To: | ( CJIS /D1-NTOC1 ) |
| 07/08/2022 11:29:14 AM | Incident transferred | Assigned By: | JEFFREY MILLER ( CJIS /D1-NTOC1 ) |
| | Manufacturing of Sulfuric Acid Bombs by Karactus Blome in White Water, WI. (MW) | Assigned To: | ( MILWAUKEE ) |
| 07/08/2022 11:37:48 AM | Incident assigned | Assigned By: | JIMMY PAUL ( MILWAUKEE /MW-Supervisors ) |
| | For Review. | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 07/09/2022 02:27:59 PM | Incident assigned for pre-assessment | Assigned By: | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |
| | Please coordinate with TFO Pertzborn on previous Guardians w/ subject then contact complainant for additional information.. Pre-assessment checks will be assigned to SOS Ganzenmuller. | Assigned To: | JAMES REESE ( MILWAUKEE /MW-CT-1 ) |
| 07/14/2022 04:12:19 PM | Incident recalled from pre-assessment | Assigned By: | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 07/14/2022 04:15:25 PM | Incident opened | Assigned By: | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | JUSTIN MOSIMAN ( MILWAUKEE /MW-CT-1 ) |
| 07/22/2022 01:59:13 PM | Incident submitted for closure | Assigned By: | JUSTIN MOSIMAN ( MILWAUKEE /MW-CT-1 ) |
| | | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |
| 07/22/2022 03:08:32 PM | Incident Closed | Assigned By: | JESSICA KRUEGER ( MILWAUKEE /MW-CT-1 ) |
| | Converted to full investigation - 266O-MW-3629238 | Assigned To: | ( MILWAUKEE /MW-CT-1 ) |

MORGAN_001306