# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
Elizabeth Blair
John W. Campion
Ramuel R. Figueroa
Jonathan Greenberg
Kyle Kent
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Joshua D. Uller
Alex Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

April 8, 2024

The Honorable Stephen L. Crocker
United States Magistrate Judge
United States District Court
    for the Western District of Wisconsin
120 N. Henry Street
Madison, Wisconsin 53703

Re:   *United States v. James Morgan*
      Case No. 24-cr-6-jdp

To the Honorable Stephen L. Crocker,

The defense's reply briefs in support of its motion to dismiss the indictment and motion to suppress physical evidence are due today. The purpose of this letter is to respectfully request a one-day extension until this Tuesday to file the replies, and I am authorized to represent that the request is unopposed by AUSA Duchemin.

The defense has been diligently working on the replies following the submission of the response briefs, and we have completed drafts for both pleadings. But there's a difference between a good brief and an excellent one, and we believe that additional time for editing is necessary. Given that the motions are dispositive, and that Morgan's plea is conditional (and so Seventh Circuit review is essentially inevitable), the motions are the most important thing that we will do for our client. Thus, we want to do it right.

Additionally, a few personal matters arose that have cost the defense team time. On my end, I missed several days of work the week of March 18 because my child was

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.

sick and my wife was traveling for work. I was also out of the office last Friday for a wedding. On Joe's end, he too missed a few days of work on the week of the 18th due to a back injury, and he was out of the office for much of last week attending to a family matter in Minnesota. We would've almost certainly hit the deadline but for that lost time.

Finally, it's worth noting that the case's posture means that no one should be prejudiced by this request. Morgan has signed a plea agreement (R. 28) and is set to plead guilty on April 16. He will likely not be sentenced until July; thus, a slight delay in completing the briefing should not interfere with the issuance of the report and recommendation, or with Judge Peterson's ultimate ruling on the motions. In short, given the posture of the case, a one-day extension should not cause any undue delay.

Thank you very much for your time and attention to this matter.

Respectfully,

*/s/ Jonathan Greenberg*

Jonathan Greenberg
Associate Federal Defender